IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : <br>            Plaintiff : <br>    v. : <br> : <br> TEVA PHARMACEUTICALS USA, INC., : <br> TEVA PHARMECEUTICALS : <br> INDUSTRIES, Ltd., : <br> KÅRE SCHULTZ (as President : <br> and CEO Teva Pharmaceuticals : <br> Industries, Ltd.) and : <br> RON YANIV (as SVP Global : <br> Compensation and Benefits) : <br>            Defendants : | Civil Action No. 19-5488 |

## AFFIDAVIT OF SERVICE

I, Alan B. Epstein, Esquire, hereby certify that a copy of Plaintiff's Complaint in this matter was served upon Defendant TEVA Pharmaceuticals USA, Inc., located at 400 Interface Parkway, #3, Parsippany, NJ  07054 on January 6, 2020 by Federal Express.  The Federal Express Tracking Sheet is attached hereto as Exhibit "A".

I hereby verify that the foregoing statements by me are true and correct to the best of my knowledge, information and belief, and I understand that the statements herein are made subject to the penalties of law relating to unsworn falsification to authorities.

                                        **SPECTOR GADON ROSEN VINCI P.C.**

January 8, 2020        By:   *Alan Epstein*

                                        Alan B. Epstein, Esquire
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Affidavit of Service* was sent via Electronic Mail on this 8th day of January, 2020 to the following counsel and interested parties of record:

Larry J. Rappaport, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103
**ljr@stevenslee.com**

                                          /s/  *Alan B. Epstein*
                                          Alan B. Epstein