# Exhibit "A"

     Shipment Receipt

## Address Information

**Ship to:**

Select or enter

TEVA Pharmaceuticals USA, Inc.

400 Interface Parkway #3

PARSIPPANY, NJ 07054

US

(973) 265-0301

**Ship from:**

Alan B. Epstein, Esquire

Spector Gadon Rosen Vinci P.C.

1635 Market Street

7th Floor

Philadelphia, PA 19103

US

2152418836

## Shipment Information:

Tracking no.: 777382229231

Ship date: 01/02/2020

Estimated shipping charges: 0.00

## Package Information

Pricing option: FedEx One Rate

Service type: Standard Overnight

Package type: FedEx Envelope

Number of packages: 1

Total weight:

Declared Value: 0.00  USD

Special Services: Direct signature required

Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:

Bill transportation to: Spector Gadon & Rosen-130

Your reference:  61264-1

P.O. no.:

Invoice no.:

Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

777382229231

# Delivered
## Monday 1/06/2020 at 12:33 pm

**DELIVERED**

Signed for by: J.ALGUIER

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Philadelphia, PA US | PARSIPPANY, NJ US |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>777382229231 | **SERVICE**<br>FedEx Standard Overnight | **SIGNATURE SERVICES**<br>Direct signature required |
| **DELIVERED TO**<br>Mailroom | **TOTAL PIECES**<br>1 | **TERMS**<br>Shipper |
| **SHIPPER REFERENCE**<br>61264-1 | **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Direct Signature Required |
| **STANDARD TRANSIT**<br><br>1/06/2020 by 3:00 pm | **SHIP DATE**<br><br>Fri 1/03/2020 | **ACTUAL DELIVERY**<br>Mon 1/06/2020 12:33 pm |

## Travel History

Local Scan Time

**Monday , 1/06/2020**

| | | |
|---|---|---|
| 12:33 pm | PARSIPPANY, NJ | Delivered |
| 8:19 am | EAST HANOVER, NJ | On FedEx vehicle for delivery |
| 7:38 am | EAST HANOVER, NJ | At local FedEx facility |

**Saturday , 1/04/2020**

| | | |
|---|---|---|
| 9:34 am | EAST HANOVER, NJ | At local FedEx facility |
| | | Package not due for delivery |

| | | |
|---|---|---|
| 7:24 am | EAST HANOVER, NJ | At local FedEx facility |
| 6:42 am | NEWARK, NJ | Departed FedEx location |
| 12:18 am | NEWARK, NJ | Arrived at FedEx location |

Friday , 1/03/2020

| | | |
|---|---|---|
| 9:00 pm | PHILADELPHIA, PA | Left FedEx origin facility |
| 5:26 pm | PHILADELPHIA, PA | Picked up |

Thursday , 1/02/2020

| | | |
|---|---|---|
| 5:05 pm | | Shipment information sent to FedEx |