# EXHIBIT A

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:19-cv-05488-WB

| | |
|---|---|
| KEUCH v. TEVA PHARMACEUTICALS USA, INC. et al<br>Assigned to: HONORABLE WENDY BEETLESTONE<br>Cause: 29:621 Job Discrimination (Age) | Date Filed: 11/19/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 442 Civil Rights: Employment<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| RANDOLPH KEUCH | represented by | ALAN B. EPSTEIN<br>SPECTOR GADON & ROSEN, PC<br>SEVEN PENN CENTER<br>1635 MARKET ST<br>7TH FL<br>PHILADELPHIA, PA 19103<br>215-241-8832<br>Fax: 215-241-8844<br>Email: aepstein@lawsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

TEVA PHARMACEUTICALS USA, INC.

**Defendant**

TEVA PHARMACEUTICALS INDUSTRIES, LTD.

**Defendant**

KARE SCHULTZ
*AS PRESIDENT AND CEO TEVA PHARMACEUTICALS INDUSTRIES, LTD.*

**Defendant**

RON YANIV
*AS SVP GLOBAL COMPENSATION AND BENEFITS*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2019 | 1 | COMPLAINT against KARE SCHULTZ, TEVA PHARMACEUTICALS INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RON YANIV ( Filing fee $ 400 receipt number PPE207206.), filed by RANDOLPH KEUCH.(bw, ) (Entered: 11/22/2019) |

| | | |
|---|---|---|
| 11/19/2019 | | DEMAND for Trial by Jury by RANDOLPH KEUCH. (bw, ) (Entered: 11/22/2019) |
| 11/19/2019 | | 4 Summons Issued as to KARE SCHULTZ, TEVA PHARMACEUTICALS INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RON YANIV. Forwarded To: COUNSEL on 11/22/2019 (bw, ) (Entered: 11/22/2019) |
| 01/08/2020 | 2 | AFFIDAVIT of Service by Federal Express re: served Complaint upon TEVA Pharmaceuticals USA, Inc. by Overnight Mail on 01/06/2020 (Attachments: # 1 Exhibit Exhibit "A")(EPSTEIN, ALAN) (Entered: 01/08/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/23/2020 10:28:57 | | | |
| PACER Login: | epsteinalanb:5464727:5457970 | Client Code: | 061264-0001 AE |
| Description: | Docket Report | Search Criteria: | 2:19-cv-05488-WB |
| Billable Pages: | 1 | Cost: | 0.10 |