IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | (JUDGE WENDY BEETLESTONE) |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | [ELECTRONICALLY FILED] |
| TEVA PHARMACEUTICALS | : | |
| INDUSTRIES, Ltd., | : | |
| KARE SCHULTZ (as President and CEO | : | |
| Teva Pharmaceuticals Industries, Ltd.) and | : | |
| RON YANIV (as SVP Global Compensation | : | |
| and Benefits) | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO STRIKE IMMATERIAL, IMPERTINENT AND SCANDALOUS MATTERS FROM PLAINTIFF'S COMPLAINT

Defendant Teva Pharmaceuticals USA, Inc. ("TUSA"), moves this Court for entry of an Order striking immaterial, impertinent and scandalous matters from the Complaint of Plaintiff, Randolph W. Keuch ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(f).

Specifically, TUSA respectfully moves this Court to strike, in their entirety and with prejudice, Complaint Paragraphs 27, 29, 30 and 31.

The reasons why the Court should grant TUSA's Motion are set forth fully in the accompanying Memorandum of Law in support thereof, which is incorporated in full herein.

Respectfully submitted,

STEVENS & LEE, P.C.


By: */s/ Larry J. Rappoport*
    Larry J. Rappoport, Esquire
    Attorney ID No. 26922
    Brandon S. Shemtob, Esquire
    Attorney ID No. 319246
    Stevens & Lee, P.C.
    1818 Market Street, 29th Floor
    Philadelphia, PA  19103
    Telephone:  610-205-6039
    Facsimile:  610-371-7977
    E-mail:  ljr@stevenslee.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.*

Dated:  January 27, 2020