IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH, | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO. 2:19-CV-05488 |
| TEVA PHARMACEUTICALS USA, INC., | : |
| TEVA PHARMACEUTICALS INDUSTRIES, Ltd., | : |
| KARE SCHULTZ (as President and CEO Teva Pharmaceuticals Industries, Ltd.) and RON YANIV (as SVP Global Compensation and Benefits) | : |
| Defendant. | : |

**ORDER**

**NOW**, this ____ day of _____, 2020, upon consideration of the Motion to Strike Immaterial, Impertinent and Scandalous Matters from Plaintiff's Complaint, pursuant to Rule 12(f), of Defendant Teva Pharmaceuticals USA, Inc. ("TUSA"), and Plaintiff's response, if any, it is hereby ordered that TUSA's Motion to Strike is **GRANTED** and Complaint Paragraphs 27, 29, 30 and 31, including all subparts therein, are stricken, in their entirety and with prejudice.

BY THE COURT:

_____
Hon. Wendy Beetlestone
United States District Judge
Eastern District of Pennsylvania