## **CERTIFICATE OF SERVICE**

   I, Larry J. Rappoport, certify that on this date, I electronically filed a copy of Defendant's, Teva Pharmaceuticals USA, Inc., Motion to Strike, Brief in support thereof and Proposed Order, which was made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

>Alan B. Epstein, Esquire
>Spector, Fagon Rosen Vinci, P.C.
>Seven Penn Center
>1635 Market Street, Seventh Floor
>Philadelphia, PA 19103

             */s/ Larry J. Rappoport*

Date:  January 27, 2020