## **CERTIFICATE OF SERVICE**

      I, Larry J. Rappoport, certify that on this date, I electronically filed a copy of Defendant's, Teva Pharmaceuticals USA, Inc., Answer and Affirmative Defenses, which was made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

        Alan B. Epstein, Esquire
        Spector, Fagon Rosen Vinci, P.C.
        Seven Penn Center
        1635 Market Street, Seventh Floor
        Philadelphia, PA 19103

        */s/ Larry J. Rappoport*

Date:  January 27, 2020