IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | (JUDGE WENDY BEETLESTONE) |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | [ELECTRONICALLY FILED] |
| TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| KARE SCHULTZ (as President and CEO | : | |
| Teva Pharmaceuticals Industries, Ltd.) and | : | |
| RON YANIV (as SVP Global Compensation | : | |
| and Benefits) | : | |
| | : | |
| | : | |
| Defendant. | : | |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Defendant</u>
(type of party)
who is <u>Teva Pharmaceuticals USA, Inc.</u>, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:  Teva Pharmaceuticals USA, Inc., is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is publicly traded.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:  Teva Pharmaceutical Industries Ltd.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  January 27, 2020	STEVENS & LEE

By:	/s/ *Larry J. Rappoport*
Larry J. Rappoport (ID No. 26922)
ljr@stevenslee.com
Brandon S. Shemtob (ID No. 319246)
bss@stevenslee.com
1818 Market Street, 29th Floor
Philadelphia, PA  19103
(215) 496-3839

*Attorneys for Defendant TUSA*