## **CERTIFICATE OF SERVICE**

    I, Larry J. Rappoport, Esquire, certify that on this 27th day of January, 2020, a copy of the foregoing document was made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

>Alan B. Epstein, Esquire
>Spector, Fagon Rosen Vinci, P.C.
>Seven Penn Center
>1635 Market Street, Seventh Floor
>Philadelphia, PA 19103

>*/s/ Larry J. Rappoport*
>Larry J. Rappoport, Esquire