### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 19-5488 |
| : | |
| v. : | |
| : | |
| TEVA PHARMACEUTICALS USA, : | |
| INC., et al. : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Brandon S. Shemtob, Esquire, as counsel for Teva Pharmaceuticals USA, Inc. in the above-captioned matter.

Date:  January 27, 2020        **STEVENS & LEE, P.C.**

By: */s/ Brandon S. Shemtob*
   Brandon S. Shemtob
   Pa. Attorney Id. 319246
   1818 Market Street, 29th Floor
   Philadelphia, Pennsylvania  19103
   Telephone:  (215) 496-3835
   Facsimile:  (610) 371-8515
   E-mail:  bss@stevenslee.com

*Attorney for Teva Pharmaceuticals USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 19-5488 |
| : | |
| v. : | |
| : | |
| TEVA PHARMACEUTICALS USA, : | |
| INC., et al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Brandon S. Shemtob*
Brandon S. Shemtob, Esquire

SL1 1625104v1 030421.00713