IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, TEVAPHARMACEUTICAL INDUSTRIES, Ltd., KARE SCHULTZ and RON YANIV | CIVIL ACTION<br>NO. 19-cv-05488 (WB)<br><br>FILED<br>FEB 1 1 2020<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

**STIPULATION AND ORDER**

It is hereby stipulated between Plaintiff Randolph W. Keuch and Defendant Teva Pharmaceuticals USA, Inc., by their undersigned counsel, that Plaintiff shall be permitted an extension of time to respond to the pending Motion to Strike filed by Teva Pharmaceuticals USA, Inc. through February 20, 2020.

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ *Alan Epstein*

Alan B. Epstein, Esquire
Pa. Atty. No. 2346
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8832
aepstein@lawsgr.com
*Counsel for Plaintiff*

**STEVENS & LEE, P.C.**

By: /s/ *Larry J. Rappoport*

Larry J. Rappoport, Esquire
Pa. Atty. No. 26922
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(610) 205-6039
jlr@stevenslee.com
*Counsel for Defendant
Teva Pharmaceuticals USA*

Dated: February 6, 2020

APPROVED AND SO ORDERED this 10 day of February 2020

_____
WENDY BEETLESTONE, J.