IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, TEVA PHARMACEUTICAL INDUSTRIES, Ltd., KARE SCHULTZ and RON YANIV | CIVIL ACTION<br>NO. 19-cv-05488 (WB) |

**RESPONSE OF PLAINTIFF RANDOLPH W. KEUCH TO THE MOTION TO STRIKE PARAGRAPHS 27, 29, 30 AND 31 OF PLAINTIFF'S COMPLAINT**

Plaintiff Randolph W. Keuch, by and through his undersigned counsel, responds to the Motion filed by Defendant Teva Pharmaceuticals USA, Inc. to Strike paragraphs 27, 29, 30 and 31 of his Complaint. For the reasons set forth in the Memorandum accompanying this response, Plaintiff requests that the Motion be denied in its entirety.

Respectfully submitted

SPECTOR GADON ROSEN VINCI P.C.

By: /s/ *Alan Epstein*

Alan B. Epstein, Esquire
Pa. Atty. No. 2346
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8832
(215) 531-9103 (Fax)
aepstein@lawsgr.com
*Counsel for Plaintiff*

Dated: February 20, 2020

## CERTIFICATE OF SERVICE

I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Response to Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Strike and Memorandum of Law* was sent *via* the Court's ECF System and Electronic Mail on this 20 day of February, 2020 to the following counsel:

Larry J. Rappaport, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA 19103
**ljr@stevenslee.com**

/s/ *Alan B. Epstein*
Alan B. Epstein