IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br>　　　　Plaintiff<br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMECEUTICALS<br>INDUSTRIES, Ltd.,<br>KÅRE SCHULTZ (as President<br>and CEO Teva Pharmaceuticals<br>Industries, Ltd.) and<br>RON YANIV (as SVP Global<br>Compensation and Benefits)<br>　　　　Defendants | Civil Action No. 19-5488 |

## ORDER

AND NOW, this ____ of _____, 2020, upon the Motion of Defendant Teva Pharmaceuticals USA, Inc. to Strike Paragraphs 27, 29, 30 and 31 of the Complaint as Immaterial, Scandalous and Impertinent and the Response of Plaintiff Randolph W. Keuch in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WENDY BEETLESTONE, J.