## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH KEUCH** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **TEVA PHARMACEUTICALS USA, INC., et al** | : | NO.: 19-5488 |

### O R D E R

**AND NOW**, this    2nd    day of **March, 2020**, in accordance with the court's procedure for random reassignment of cases, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Wendy Beetlestone, to the calendar of the Honorable John M. Gallagher.

FOR THE COURT:

JAUN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*

**KATE BARKMAN**
**Clerk of Court**