IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, TEVA PHARMACEUTICAL INDUSTRIES, Ltd., KARE SCHULTZ and RON YANIV | CIVIL ACTION<br>NO. 19-cv-05488 (WB) |

## STIPULATION AND ORDER

It is hereby stipulated between Plaintiff Randolph W. Keuch and Defendant Teva Pharmaceuticals USA, Inc., by their undersigned counsel, that Teva Pharmaceuticals USA, Inc. shall be permitted an extension of time to reply to Plaintiff's response to the Motion to Strike filed by Teva Pharmaceuticals USA, Inc., through March 5, 2020.

**SPECTOR GADON ROSEN VINCI P.C.**

By /s/ *Alan B. Epstein*

Alan B. Epstein, Esquire
Pa Atty. No 2346
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8832
aepstein@lawsgr.com
*Counsel for Plaintiff*

**STEVENS & LEE, P.C.**

By /s/ *Larry J. Rappoport*

Larry J. Rappoport, Esquire
Pa Atty. No 26922
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(610) 205-6039
jlr@stevenslee.com
*Counsel for Defendant
Teva Pharmaceuticals USA*

Dated: February 26, 2020

APPROVED AND SO ORDERED this 28th day of February 2020

WENDY BEETLESTONE, J.

02/26/2020 SL1 1630048v1 030421 00713