5

## CERTIFICATE OF SERVICE

I, Larry J. Rappoport, certify that on this date, I electronically filed a copy of Defendant's, Teva Pharmaceuticals USA, Inc.'s, Reply to Plaintiff's Response in Opposition to Its Motion to Strike Immaterial and Impertinent Matters from Plaintiff's Complaint, which was made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

> Alan B. Epstein, Esquire
> Spector, Fagon Rosen Vinci, P.C.
> Seven Penn Center
> 1635 Market Street, Seventh Floor
> Philadelphia, PA 19103

/s/ Larry J. Rappoport

Date:  March 5, 2020