IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH W. KEUCH** | : | |
|     **Plaintiff** | : | |
| v. | : | Civil Action No. 19-5488 |
| | : | |
| **TEVA PHARMACEUTICALS USA, INC.,** | : | |
| **TEVA PHARMECEUTICALS INDUSTRIES, Ltd.,** | : | |
| **KÅRE SCHULTZ (as President and CEO Teva Pharmaceuticals Industries, Ltd.) and** | : | |
| **RON YANIV (as SVP Global Compensation and Benefits)** | : | |
|     **Defendants** | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for Plaintiff, Randolph Keuch in connection with the above-captioned matter.

      /s/ *Jennifer M. Chalal*
Jennifer M. Chalal [Pa. Id. 7781]
SPECTOR, GADON & ROSEN
1635 Market Street, Seventh Floor
Seven Penn Center
Philadelphia, PA  19103
 (215) 241-8832
Attorney for Plaintiff,
Randolph W. Keuch

Dated: April 13, 2020

**CERTIFICATE OF SERVICE**

I, Jennifer Myers Chalal, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing Notice of Appearance was sent *via* the Court's ECF System on this 13th day of April 2020 to the following counsel:

Larry J. Rappaport, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103
**ljr@stevenslee.com**

/s/ *Jennifer M. Chalal*
Jennifer Myers Chalal