IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH KEUCH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | |
| USA, INC., et al., | : | No. 19-5488 |
| Defendants. | : | |

**ORDER**

AND NOW, on April 17, 2020, following a telephone conference with all counsel and consideration of Plaintiff's Motion to Serve (doc. 3), Defendant's Motion to Strike (doc. 6), and all responses thereto, it is hereby ORDERED that:

1. Plaintiff's Motion to Serve is GRANTED as unopposed. Once all individual defendants have been served, **Plaintiff shall file notice of service completion** with the court.

2. Defendant's Motion to Strike is DENIED without prejudice. Because Motions to strike are generally disfavored, see White v. PNC Fin. Servs. Grp., Inc., No. 11-7928, 2017 WL 3675311, at *2 (E.D. Pa. Aug. 24, 2017) (Stengel, J.), and the parties have already begun to dispute the motivations behind the workforce reduction, see, e.g., Def. Br. (doc. 6-1) at 2 ("The acquisition did not go as planned and resulted in a serious financial" downturn), I decline to prematurely limit Plaintiff's discovery. Any ultimately irrelevant information can be excluded with motions in limine before trial. See, e.g., DeLa Cruz v. Piccari Press, 521 F. Supp. 2d 424, 435 (E.D. Pa. 2007). Nonetheless, if Defendant shows that the fine referenced in Paragraph 27 of the Complaint was paid more than one

2

      year before the reduction in workforce, I will reconsider my decision regarding that paragraph.

3.    **Within 45 days of notice** that service has been completed, Defendants may file their Rule 12 motions. **Responses are due 30 days after** the motions are filed.

4.    The parties shall contact the Court to schedule another scheduling conference **within 7 days** of the disposition of those motions.

                                              BY THE COURT:

                                              /s/ *Timothy R. Rice*
                                              TIMOTHY R. RICE
                                              U.S. MAGISTRATE JUDGE