# STEVENS & LEE
### LAWYERS & CONSULTANTS

1818 Market Street, 29th Floor
Philadelphia, PA  19103
(215) 575-0100 Fax (215) 851-0214
www.stevenslee.com

Direct Dial:    (215) 496-3839
Email:    ljr@stevenslee.com
Direct Fax:    (610) 371-7977

April 27, 2020

**VIA ECF**

The Honorable Timothy R. Rice
United States Magistrate Judge
United States District Court for the Eastern District of Pennsylvania
United States Court House
601 Market Street, Room 3041
Philadelphia, PA  19106

**Re:** *Keuch v. Teva Pharmacueticals USA, Inc., et al*
**E.D.Pa. No.: 2:19 CV 05488-TR**

Dear Judge Rice:

    Please accept this letter on behalf of Defendant, Teva Pharmaceuticals USA, Inc. ("Teva") in connection with Teva's previously filed Motion to Strike. [Docket Entry 6].

    During the parties telephonic pretrial conference and memorialized in your Order dated April 17, 2020, you explained that if Teva can demonstrate that the fine referenced in Paragraph 27 of the Complaint was paid more than one year before the reduction in workforce, that you would reconsider your decision to strike that paragraph. [Docket Entry 20].

    Teva represents that it agreed to pay the fine referenced in Paragraph 27 of the Complaint on December 22, 2016. Payment on the fine was completed on or about February 26, 2017. Notably, the acts that led to the imposition of the fine and the payment of the fine all occurred prior to the hiring of Kåre Schultz.

    On December 14, 2017 it was announced by Teva's parent company (Teva Pharmaceutical Industries, Ltd.) that a 25% global reduction in force would be necessary. On or about January 2, 2018 Plaintiff was advised that he would be included in the reduction in force. Plaintiff's separation became effective on March 18, 2018—over fourteen months after Teva had agreed to pay the fine referenced in Paragraph 27 of the Complaint.

    Due to the lack of temporal proximity between the fine referenced in Paragraph 27 of the Complaint and Plaintiff's separation, as well as for the reasons discussed in Teva's Brief in Support of its Motion to Strike, Teva respectfully requests that Paragraph 27 of the Complaint be struck.

Allentown • Bala Cynwyd • Charleston • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

04/27/2020 SL1 1636400v1 030421.00713

# STEVENS & LEE
### LAWYERS & CONSULTANTS

The Honorable Timothy R. Rice
April 27, 2020
Page 2

                                                       Respectfully Submitted,

                                                       STEVENS & LEE

                                                       /s/ *Larry J. Rappoport*

                                                       Larry J. Rappoport

Cc: (via ECF) Alan B. Epstein, Esquire

04/27/2020 SL1 1636400v1 030421.00713