## **CERTIFICATE OF SERVICE**

      I, Larry J. Rappoport, certify that on this date, I electronically filed a copy of Defendant's, Teva Pharmaceuticals USA, Inc.'s, April 27, 2020 Correspondence to Judge Rice , which was made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

        Alan B. Epstein, Esquire
        Spector, Fagon Rosen Vinci, P.C.
        Seven Penn Center
        1635 Market Street, Seventh Floor
        Philadelphia, PA 19103

                /s/ Larry J. Rappoport

Date:  April 27, 2020