

sgrvlaw.com

**Alan B. Epstein**
Direct Dial Number
P 215.241.8817
Direct Fax Number
F 215.531.9103
aepstein@sgrvlaw.com

Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

Admitted to practice:
Pennsylvania

April 28, 2020

**Via ECF**
The Honorable Timothy R. Rice
United States Magistrate Judge
United States District Court for
the Eastern District of Pennsylvania
601 Market Street Room 3041
Philadelphia, PA 19106

      RE:    *Randolph W. Keuch v. TEVA Pharmaceuticals USA, Inc.*
              <u>U.S.D.C. Pa. No. 2:19-CV-05488</u>

Dear Judge Rice:

      During the recent telephone conference with counsel for the parties, the Court questioned whether the events that were the subject of Paragraph 27 of Plaintiffs' Class Action Complaint cited in Defendant's Motion to Strike occurred within one year of the 25% reduction in force affected by TEVA worldwide. The factual information provided in the letter filed by Defendant's counsel in support of its Motion to Strike makes it apparent that the agreement to pay the record penalty referenced in Plaintiff's Complaint occurred within the one year period referenced by the Court.

      Specifically, Defendant TEVA has now confirmed that it was subjected to the record fine on December 22, 2016 which was clearly within one year of the announcement of the 25% global reduction in force on December 14, 2017. Moreover, the putative class of individuals were, as pled, plausibly affected by the projected losses caused by the attachment of the penalty, and the inclusion of Plaintiff Randolph Keuch just two weeks later in that reduction of force does not defeat the requisite temporal proximity for purposes of the Motion to Strike.

Honorable Timothy R. Rice
April 28, 2020
Page 2

     Accordingly, it is respectfully requested that Defendants' request for reconsideration of the denial of its Motion to Strike as it relates to Paragraph 27 be denied.

                              Respectfully,

                              *Alan Epstein*

                              Alan B. Epstein

cc:  Larry J. Rappaport (via ECF)