IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH KEUCH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | |
| USA, INC., et al., | : | No. 19-5488 |
| Defendants. | : | |

**ORDER**

AND NOW, on April 28, 2020, following a telephone conference with all counsel and consideration of correspondence from both parties (docs. 21-22), it is hereby ORDERED that Defendant's Motion to Strike is DENIED. Because Motions to strike are generally disfavored, see White v. PNC Fin. Servs. Grp., Inc., No. 11-7928, 2017 WL 3675311, at *2 (E.D. Pa. Aug. 24, 2017) (Stengel, J.), and the parties have already begun to dispute the motivations behind the workforce reduction, see, e.g., Def. Br. (doc. 6-1) at 2 ("The acquisition did not go as planned and resulted in a serious financial" downturn), I decline to prematurely limit Plaintiff's discovery. Defendant concedes that the fine referenced in Paragraph 27 of the Complaint was paid within a year of the reduction in workforce. I therefore decline to reconsider my April 17 Order.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE