IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDOLPH W. KEUCH** : | |
|       **Plaintiff** : | |
|   v. : | Civil Action No. 19-5488 |
| : | |
| **TEVA PHARMACEUTICALS USA, INC.,** : | |
| **TEVA PHARMECEUTICALS** : | |
| **INDUSTRIES, Ltd.,** : | |
| **KÅRE SCHULTZ (as President** : | |
| **and CEO Teva Pharmaceuticals** : | |
| **Industries, Ltd.) and** : | |
| **RON YANIV (as SVP Global** : | |
| **Compensation and Benefits)** : | |
|       **Defendants** : | |

## AFFIDAVIT OF SERVICE

I, Alan B. Epstein, Esquire, hereby certify that a copy of Plaintiff's Complaint in this matter was served upon Defendant Ron Yaniv, COO, CompVision, located at 27 Maskit Street, Herzliya, Israel 4673304 on June 28, 2020 by Federal Express. The Federal Express Tracking Sheet is attached hereto as Exhibit "A".

I hereby verify that the foregoing statements by me are true and correct to the best of my knowledge, information and belief, and I understand that the statements herein are made subject to the penalties of law relating to unsworn falsification to authorities.

                                                  **SPECTOR GADON ROSEN VINCI P.C.**

July 7, 2020                By: *Alan Epstein*

                                                  Alan B. Epstein, Esquire
                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Affidavit of Service* was sent via Electronic Mail on this 7th day of July, 2020 to the following counsel and interested parties of record:

Larry J. Rappaport, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103
**ljr@stevenslee.com**

                                                    /s/  *Alan B. Epstein*
                                                      Alan B. Epstein