Exhibit "A"

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.

770789184862

# Delivered
## Sunday 6/28/2020 at 10:48 am

**DELIVERED**
Signed for by: S. SHILA

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PHILADELPHIA, PA US | HERZLIYA, ** IL |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>770789184862 | **SERVICE**<br>International Priority | **WEIGHT**<br>1 lbs / 0.45 kgs |
| **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>1 lbs / 0.45 kgs |
| **OUTBOUND REASON** | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>61264-1 |
| **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **STANDARD TRANSIT**<br>6/29/2020 by 6:00 pm |
| **SHIP DATE**<br>Wed 6/24/2020 | **ACTUAL DELIVERY**<br>Sun 6/28/2020 10:48 am | |

## Travel History

Local Scan Time

**Sunday, 6/28/2020**

| | | |
|---|---|---|
| 10:48 am | HERZLIYA IL | Delivered |
| 9:39 am | NEMAL TEHUFA BEN GURION IL | On FedEx vehicle for delivery |
| 8:19 am | NEMAL TEHUFA BEN GOURYON IL | In transit |

|          |                                          |                                             |
|----------|------------------------------------------|---------------------------------------------|
|          |                                          | Package available for clearance             |
| 8:19 am  | NEMAL TEHUFA BEN GOURYON IL              | International shipment release - Import     |
| 8:19 am  | NEMAL TEHUFA BEN GURION IL               | At local FedEx facility                     |
| 8:18 am  | NEMAL TEHUFA BEN GOURYON IL              | International shipment release - Import     |
| 5:50 am  | NEMAL TEHUFA BEN GOURYON IL              | At destination sort facility                |
| 12:48 am | ROISSY CHARLES DE GAULLE CEDEX FR        | Departed FedEx location                     |
| 12:13 am | ROISSY CHARLES DE GAULLE CEDEX FR        | In transit                                  |

**Saturday, 6/27/2020**

|          |                                          |                                             |
|----------|------------------------------------------|---------------------------------------------|
| 9:44 pm  | ROISSY CHARLES DE GAULLE CEDEX FR        | In transit                                  |
| 7:45 pm  | ROISSY CHARLES DE GAULLE CEDEX FR        | Arrived at FedEx location                   |
| 5:51 pm  | STANSTED GB                              | In transit                                  |
| 12:45 pm | DUBLIN IE                                | In transit                                  |

**Friday, 6/26/2020**

|          |              |                                  |
|----------|--------------|----------------------------------|
| 8:24 am  | DUBLIN IE    | In transit                       |
| 7:43 am  | DUBLIN IE    | In transit                       |
|          |              | Package available for clearance  |
| 4:33 am  | STANSTED GB  | In transit                       |
| 12:19 am | STANSTED GB  | In transit                       |

**Thursday, 6/25/2020**

|          |              |                          |
|----------|--------------|--------------------------|
| 6:56 pm  | STANSTED GB  | In transit               |
| 5:42 am  | MEMPHIS, TN  | In transit               |
| 5:13 am  | MEMPHIS, TN  | Departed FedEx location  |
| 4:34 am  | MEMPHIS, TN  | In transit               |
| 4:13 am  | MEMPHIS, TN  | In transit               |
| 1:32 am  | MEMPHIS, TN  | In transit               |

**Wednesday, 6/24/2020**

|          |                   |                                    |
|----------|-------------------|------------------------------------|
| 11:39 pm | MEMPHIS, TN       | Arrived at FedEx location          |
| 9:15 pm  | PHILADELPHIA, PA  | Left FedEx origin facility         |
| 11:33 am |                   | Shipment information sent to FedEx |

### Multiple-piece Shipment

0 Piece shipment

| ASSOCIATED RETURN TRACKING NUMBER | RETURN REASON |
|-----------------------------------|---------------|
| 770789184862                      |               |