IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | [ELECTRONICALLY FILED] |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| TEVA PHARMACEUTICALS | : | |
| INDUSTRIES, Ltd., | : | |
| KARE SCHULTZ (as President and CEO | : | |
| Teva Pharmaceuticals Industries, Ltd.) and | : | |
| RON YANIV (as SVP Global Compensation | : | |
| and Benefits) | : | |
| | : | |
| | : | |
| Defendant. | : | |

**DEFENDANTS TEVA
PHARMACEUTICAL INDUSTRIES LTD., KÅRE SCHULTZ, AND RON YANIV'S
MOTION TO DISMISS DEFENDANTS FROM THIS CASE FOR LACK OF
PERSONAL JURISDICTION, FAILURE TO EFFECTUATE SERVICE ON RON
YANIV AND FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES WITH
<u>RESPECT TO RON YANIV</u>**

Defendants Teva Pharmaceutical Industries, Ltd. ("TPI"), Kåre Schultz ("Schultz"), and Ron Yaniv ("Yaniv" and together with TPI and Schultz the "Israeli Defendants"), move this Court for entry of an Order dismissing the Israeli Defendants from this case.

Specifically, TPI moves this Court for entry of an Order dismissing it from this case pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P." or "Rule") 12(b)(2).

Schultz moves this Court for entry of an Order dismissing him from this case pursuant to Rule 12(b)(2).

Yaniv moves this Court for entry of an Order dismissing him from this case pursuant to Rules 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6).

The reasons why the Court should grant the Israeli Defendants' Motion are set forth fully in the accompanying Memorandum of Law in support thereof, which is incorporated in full herein.

Respectfully submitted,

STEVENS & LEE, P.C.

By: /s/ Larry J. Rappoport
Larry J. Rappoport, Esquire
Attorney ID No. 26922
Brandon S. Shemtob, Esquire
Attorney ID No. 319246
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone:  610-205-6039
Facsimile:  610-371-7977
E-mail:  ljr@stevenslee.com

*Attorneys for Defendants*

Dated:  August 21, 2020