IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 2:19-CV-05488 |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| TEVA PHARMACEUTICALS | : | |
| INDUSTRIES, Ltd., | : | |
| KARE SCHULTZ (as President and CEO | : | |
| Teva Pharmaceuticals Industries, Ltd.) and | : | |
| RON YANIV (as SVP Global Compensation | : | |
| and Benefits) | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**NOW**, this \_\_\_\_ day of _____, 2020, upon consideration of Defendants Teva Pharmaceutical Industries Ltd., Kåre Schultz, And Ron Yaniv's (the "Israel Defendants") Motion To Dismiss Defendants From This Case For Lack Of Personal Jurisdiction, Failure To Effectuate Service On Ron Yaniv And Failure To Exhaust Administrative Remedies With Respect To Ron Yaniv, and Plaintiff's response, if any, it is hereby ordered that the Israeli Defendants' Motion is **GRANTED** and each of the Israeli Defendants are dismissed from this case in their entirety and with prejudice.

BY THE COURT:

_____
Hon. Timothy R. Rice
United States Magistrate Judge
Eastern District of Pennsylvania