**CERTIFICATE OF SERVICE**

        I, Larry J. Rappoport, certify that on this date, I electronically filed a copy of Defendant's Teva Pharmaceutical Industries, Ltd., Kåre Schultz, and Ron Yaniv's, Motion to Dismiss, Memorandum of Law in support thereof and Proposed Order, which were made available for viewing via the Court's electronic filing system, and thereby effected service upon counsel for Plaintiff:

        Alan B. Epstein, Esquire
        Jennifer Myers Chalal, Esquire
        Spector, Fagon Rosen Vinci, P.C.
        Seven Penn Center
        1635 Market Street, Seventh Floor
        Philadelphia, PA 19103

        /s/ Larry J. Rappoport

Date:  August 21, 2020