UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH

V.

TEVA PHARMACEUTICALS USA, INC., TEVA PARMACEUTICAL INDUSTRIES, Ltd., RON YANIV and KÄRE SCHULTZ

CIVIL ACTION NO. 19-cv-05488

## STIPULATION AND ORDER

It is hereby stipulated by and between Plaintiff Randolph Keuch and Defendants, by their respective undersigned counsel that Plaintiff shall be permitted an extension of time to respond to the pending Motion to Dismiss through October 5, 2020.

SPECTOR GADON ROSEN VINCI, P.C.

BY: *Alan B. Epstein*
Alan B. Epstein, Esquire
Attorney I.D. No. PA2346

1635 Market Street, Seventh Floor
Philadelphia, PA  19103
(215) 241-8832
aepstein@sgrvlaw.com
*Attorney for Plaintiffs*

STEVENS & LEE, P.C.

BY: *Lawrence R. Rappoport*
Larry R. Rappoport
Attorney I.D. No. 26922

1818 Market Street, 29th Floor
Philadelphia, PA  19103
(610) 205-6039
ljr@stevenslee.com
*Attorney for Defendants,*
*Teva Pharmaceutical Industries, Ltd,*
*Ron Yaniv and Käre Schultz*

Dated: September 16, 2020

**APPROVED AND SO ORDERED this** __16th__ **day of September, 2020**

  /s/ Timothy R. Rice
**Timothy R. Rice**