**CERTIFICATE OF SERVICE**

  I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Response to Motion to Dismiss* was sent via the Courts ECF System electronic service on October 5, 2020 to the following counsel and interested parties of record:

Larry J. Rappaport, Esquire
Brandon Shaby Shemtob, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103

               /s/ *Alan B. Epstein*
                 Alan B. Epstein