## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH

V.

TEVA PHARMACEUTICALS USA, INC.,
TEVA PARMACEUTICAL INDUSTRIES,
Ltd., RON YANIV and KÄRE SCHULTZ

CIVIL ACTION NO.  19-cv-05488

## <u>ORDER</u>

**AND NOW**, this              day of                            , 2020, upon

consideration of the Motion to Dismiss of Defendants Teva Pharmaceuticals Industries, Ltd. and

Käre Schultz and Plaintiff's Response in Opposition thereto, it is hereby **ORDERED** that the

Motion is **DENIED.**

By the Court:

_____
Timothy R. Rice
U.S. Magistrate Judge