# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br><br>V.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PARMACEUTICAL INDUSTRIES, Ltd., RON YANIV and KÄRE SCHULTZ | CIVIL ACTION NO.  19-cv-05488 |

## ORDER

**AND NOW**, this 11th day of January, 2021, upon consideration of the joint request of the parties, it is

ORDERED, if the scheduled mediation is not successful in disposing of the remaining claims in this action, the current deadlines for the permitted restricted discovery and the filing of an Amended Complaint in my Order of November 19, 2020 are extended as follows:

1. Keuch shall be permitted to submit no more than ten interrogatories and ten document requests on Teva Worldwide and/or Teva US related to Teva Worldwide's involvement in Keuch's termination through January 31, 2021; and

2. Based on that discovery, Plaintiff may file an amended complaint on or before March 15, 2021

BY THE COURT:

/s/ Timothy R. Rice
_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE