**CERTIFICATE OF SERVICE**

      I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Amended Complaint* was sent *via* the Court's ECF System on this 15 day of March, 2021 to the following counsel:

Larry J. Rappaport, Esquire<br>
Stevens & Lee<br>
1818 Market Street<br>
Philadelphia, PA  19103<br>
**ljr@stevenslee.com**

                                                 /s/ *Alan B. Epstein*
                                                    Alan B. Epstein