IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br><br>v.<br><br>TEVA PHARMACEUTICALS USA and TEVAPHARMACEUTICAL INDUSTRIES, Ltd. | CIVIL ACTION<br>NO. 19-cv-05488 |

## STIPULATION AND ORDER

It is hereby stipulated between Plaintiff Randolph W. Keuch, Defendant Teva Pharmaceuticals USA, Inc., and Defendant Teva Pharmaceutical Industries, Ltd. by their undersigned counsel, that Defendant Teva Pharmaceuticals USA, Inc., and Defendant Teva Pharmaceutical Industries, Ltd shall be permitted an extension of time to answer or otherwise move in response to the Amended Complaint through April 12, 2021.

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ Alan B. Epstein
Alan B. Epstein, Esquire
Pa. Atty. No. 2346
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8832
aepstein@lawsgr.com
*Counsel for Plaintiff*

**STEVENS & LEE, P.C.**

By: /s/ Larry J. Rappoport
Larry J. Rappoport, Esquire
Pa. Atty. No. 26922
1500 Market Street, East Tower, Suite 1800
Philadelphia, PA 19102
(610) 205-6039
jlr@stevenslee.com
*Counsel for Defendants*

Dated: March 23, 2021

**APPROVED AND SO ORDERED** this 24th day of March 2021

/s/ Timothy R. Rice
**Timothy R. Rice, J.**

03/23/2021 SL1 1682538v1 030421.00713