**CERTIFICATION OF SERVICE**

      I, Larry J. Rappoport, Esquire, certify that on this date, a certified true and correct copy of the foregoing Defendant Teva Pharmaceutical Industries Ltd.'s Answer and Affirmative Defenses to Plaintiff's Amended Complaint was filed electronically and is available for viewing on the Court's ECF system.

                                                                       */s/ Larry J. Rappoport*
                                                            Larry J. Rappoport, Esquire

Dated:  April 12, 2021