IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | [ELECTRONICALLY FILED] |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES, LTD.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Teva Pharmaceutical Industries, Ltd. makes the following disclosure as required by Fed. R. Civ. P. 7.1(a):

Please check one box:

☑    The nongovernmental corporate party in the above listed civil action, Teva Pharmaceutical Industries, Ltd., does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, Teva Pharmaceutical Industries, Ltd., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.


Dated:  April 12, 2021               STEVENS & LEE


                                     By:  /s/ *Larry J. Rappoport*
                                         Larry J. Rappoport (ID No. 26922)
                                         ljr@stevenslee.com
                                         Brandon S. Shemtob (ID No. 319246)
                                         bss@stevenslee.com
                                         1800 Market Street, East Tower, Suite 1800
                                         Philadelphia, PA  19102
                                         (215) 496-3839

                                         *Attorneys for Defendant* Teva Pharmaceutical
                                         Industries, Ltd.