## CERTIFICATION OF SERVICE

       I, Larry J. Rappoport, Esquire, certify that on this date, a certified true and correct copy of the foregoing Defendant Teva Pharmaceutical Industries Ltd.'s Rule 7.1 Disclosure Statement was filed electronically and is available for viewing on the Court's ECF system.

                                                 */s/ Larry J. Rappoport*
                                                Larry J. Rappoport, Esquire

Dated:  April 12, 2021