**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS, | : | |
| USA, INC., et al., | : | No. 19-5488 |
| Defendants. | : | |

## <u>SCHEDULING ORDER</u>

AND NOW, on **May 5, 2021**, following the parties' joint letter to the Court, it is

ORDERED:

1. By **July 30, 2021**, all class discovery shall be completed.

2. By **September 17, 2021**, Plaintiff shall file a Motion for Class Certification.

3. By **September 17, 2021**, all written discovering regarding Plaintiff Keuch shall be
completed.

4. By **October 15, 2021**, Defendants shall file a Response to the Motion for Class
Certification.

5. By **October 29, 2021**, Plaintiff may file a Reply in Further Support of Motion for
Class Certification.

6. By **November 15, 2021**, all deposition discovery regarding Plaintiff Keuch shall be
completed.

7. Motions for Summary Judgment shall be filed by **January 3, 2022**.

8. Responses in Opposition to Motions for Summary Judgment shall be filed by
**February 4, 2022**.

9.  Reply Briefs in Further Support of Motions for Summary Judgment may be filed by **February 18, 2022**.

BY THE COURT:

/s/ Timothy R. Rice

_____

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE