UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br><br>V.<br><br>TEVA PHARMACEUTICALS USA, INC.<br>and TEVA PARMACEUTICAL<br>INDUSTRIES, Ltd. | CIVIL ACTION NO. 19-cv-05488 |

## STIPULATION AND ORDER

It is hereby stipulated by and between Plaintiff Randolph Keuch and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., by their respective undersigned counsel, that the previous deadline of July 31, 2021 shall be extended for an additional thirty days through August 31, 2021.

SPECTOR GADON ROSEN VINCI, P.C.

BY: *Alan B. Epstein*
Alan B. Epstein, Esquire
Attorney I.D. No. PA2346
Jennifer Myers Chalal, Esquire
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
(215) 241-8832
aepstein@sgrvlaw.com
*Attorney for Plaintiffs*

STEVENS & LEE, P.C.

BY: *Larry J. Rappoport*
Larry J. Rappoport
Attorney I.D. No. 26922
Brandon Shemtob, Esquire
1500 Market Street, Suite 1800
Philadelphia, PA 19102
(610) 205-6039
ljr@stevenslee.com
*Attorney for Defendants*
*Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries, Ltd*

,

Dated: June 30, 2021

**APPROVED AND SO ORDERED this** <u>1st</u> **day of** <u>July</u> **2021**

Timothy R. Rice
_____
**Timothy R. Rice, J.**