UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br><br>V.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PARMACEUTICAL INDUSTRIES, Ltd. | CIVIL ACTION  NO.  19-cv-05488 |

**STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff Randolph Keuch and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., by their respective undersigned counsel, that the previously entered Scheduling Order, Docket Entry 37, which was subsequently amended by Docket Entry 38, shall be again modified to extend all current deadlines by sixty days. The resulting modified schedule shall be as follows:

1. By October 28, 2021, all class discovery shall be completed.

2. By November 16, 2021, Plaintiff shall file a Motion for Class Certification.

3. By November 16, 2021, all written discovering regarding Plaintiff Keuch shall be completed.

4. By December 14, 2021, Defendants shall file a Response to the Motion for Class Certification.

5. By December 28, 2021, Plaintiff may file a Reply in Further Support of Motion for Class Certification.

6. By January 14, 2022, all deposition discovery regarding Plaintiff Keuch shall be completed.

7. Motions for Summary Judgment shall be filed by March 4, 2022.

8. Responses in Opposition to Motions for Summary Judgment shall be filed by April 5, 2022.

| | |
|---|---|
| SPECTOR GADON ROSEN VINCI, P.C. | STEVENS & LEE, P.C. |
| BY: *Alan B. Epstein* | BY: *Larry J. Rappoport* |
| Alan B. Epstein, Esquire | Larry J. Rappoport |
| Attorney I.D. No. PA2346 | Attorney I.D. No. 26922 |
| Jennifer Myers Chalal, Esquire | Brandon Shemtob, Esquire |
| 1635 Market Street, Seventh Floor | 1500 Market Street, Suite 1800 |
| Philadelphia, PA  19103 | Philadelphia, PA  19102 |
| (215) 241-8832 | (610) 205-6039 |
| aepstein@sgrvlaw.com | ljr@stevenslee.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants*<br>*Teva Pharmaceuticals USA, Inc.,*<br>*Teva Pharmaceutical Industries, Ltd* |

Dated: August 17, 2021

**APPROVED AND SO ORDERED this** 27th **day of** August  2021

/s/ Timothy R. Rice
**Timothy R. Rice, J.**