IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | [ELECTRONICALLY FILED] |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Plaintiff, Randolph Keuch ("Plaintiff"), Defendant Teva Pharmaceuticals USA, Inc. ("TUSA") and Defendant, Teva Pharmaceutical Industries Ltd, ("TPI" and together with TUSA the "Defendants"), by and through their undersigned counsel, hereby file this Joint Stipulation of Partial Dismissal. Plaintiff, as evidenced by the signature of his counsel below, dismisses with prejudice all class or collective based claims against the Defendants arising out of the allegations contained in the Amended Complaint. The parties hereby agree and stipulate that the above captioned action shall proceed as a single plaintiff case.

By: /s/ *Alan B. Epstein*            By: /s/ *Larry J. Rappoport*

Alan B. Epstein, Esquire            Larry J. Rappoport, Esquire
Pa. Atty. No. 2346            Pa. Atty. No. 26922
1635 Market Street, 7th Floor            1500 Market Street, 18th Floor
Philadelphia, PA  19103            Philadelphia, PA  19102
(215) 241-8832            (610) 205-6039
aepstein@lawsgr.com            jlr@stevenslee.com
*Counsel for Plaintiff*            *Counsel for Defendants*

Dated:  November 17th, 2021

**APPROVED AND SO ORDERED this _17th__ day of_Novmeber_2021**

/s/ Timothy R. Rice

**TIMOTHY RICE, J.**