UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br><br>V.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PARMACEUTICAL INDUSTRIES, Ltd. | CIVIL ACTION NO. 19-cv-05488 |

**STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff Randolph Keuch and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., by their respective undersigned counsel, that the previously entered Scheduling Order, Docket Entry 37, which has subsequently and most recently been amended by Docket Entry 39, shall be modified as detailed below.

1. The deadline for the completion of all fact discovery shall be extended through April 15, 2022.

2. During this extension period the parties shall not submit new written discovery requests, however, deficiency letters and requests to fully respond to outstanding discovery requests may be exchanged.

3. Any depositions of fact witnesses shall be completed on or before April 15, 2022.

4. Motions for Summary Judgment shall be filed on or before May 20, 2022.

5. Responses in Opposition to Motions for Summary Judgement shall be filed on or before June 3, 2022.

6. Replies in further support of Summary Judgment shall be filed on or before June 10, 2022.

| | |
|---|---|
| SPECTOR GADON ROSEN VINCI, P.C. | STEVENS & LEE, P.C. |
| BY: *Alan B. Epstein*<br>Alan B. Epstein, Esquire<br>Attorney I.D. No. PA2346 | BY: *Larry J. Rappoport*<br>Larry J. Rappoport<br>Attorney I.D. No. 26922 |

01/13/2022 SL1 1768390v1 030421.00713

| | |
|---|---|
| Jennifer Myers Chalal, Esquire<br>1635 Market Street, Seventh Floor<br>Philadelphia, PA  19103<br>(215) 241-8832<br>aepstein@sgrvlaw.com<br>*Attorney for Plaintiffs* | Brandon Shemtob, Esquire<br>1500 Market Street, Suite 1800<br>Philadelphia, PA  19102<br>(610) 205-6039<br>ljr@stevenslee.com<br>*Attorney for Defendants*<br>*Teva Pharmaceuticals USA, Inc.,*<br>*Teva Pharmaceutical Industries, Ltd* |

Dated: January 14, 2022

**APPROVED AND SO ORDERED this __18th____ day of _January 2022**


　　/s/ Timothy R. Rice
_____
**Timothy R. Rice, J.**