IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH KEUCH** | : : : | **CIVIL ACTION** |
| **v.** | : : : | |
| **TEVAPHARMACEUTICALS USA, INC., et al** | : : : | **NO.: 19-cv-05488** |

### O R D E R

**AND NOW**, this **17ᵀᴴ** day of **FEBRUARY 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Timothy R. Rice, United States Magistrate Judge, to the calendar of the Honorable Carol Sandra Moore Wells, United States Magistrate Judge.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
**Clerk of Court**