THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEUCH                                                                                      CIVIL ACTION NO: 19-5488

v.

TEVA PHARMACEUTICALS USA, INC. et al

### **NOTICE OF CASE ASSIGNMENT TO A MAGISTRATE JUDGE**

1. Given the upcoming retirement of U.S. Magistrate Judge Timothy Rice, to whom the case was previously assigned upon consent of the parties pursuant to 28 U.S.C. §636(c), the above-captioned case has been re-assigned to U.S. Magistrate Judge Carol Sandra Moore Wells for final disposition.

2. Parties and counsel are hereby advised that you may agree to this consent re-assignment or you may withhold your consent without adverse substantive consequences. If all parties voluntarily consent, the assigned Magistrate Judge will conduct all proceedings in this action and order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

3. In the event any party declines consent by timely completing and submitting the attached Consent/Declination Form, the Clerk of Court will re-assign the case to the most recently assigned U.S. District Judge.

4. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the enclosed Consent/Declination Form is <u>mandatory</u>. It must be filed no later than twenty-one (21) days after the entry date of this notice. Failure to complete the form will result in reassignment of the case to the most recently assigned U.S. District Judge.

                                               Kate Barkman
                                               Clerk of Court

Date: 3/3/22