IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEUCH | C.A. NO. 19-5488 |
| v. | CONSENT TO or DECLINATION OF |
| TEVA PHARMACEUTICALS USA, INC. et al | JURISDICTION OF A MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 72, and Local Rule 72.1, the party(ies) to the above-captioned matter hereby:

☐ Voluntarily consent(s) to have United States Magistrate Judge Carol Sandra Moore Wells conduct all further proceedings in this case to disposition, with direct review by the United States Court of Appeals in the event an appeal is filed.

**OR**

☐ Acknowledge(s) the availability of United States Magistrate Judge Carol Sandra Moore Wells but decline(s) to consent and request(s) the case be reassigned to the most recently assigned United States District Judge.

Registered CM/ECF users must file this notice on CM/ECF using the Notice Consent/Declining Magistrate Consent event in the Notices category.  Non-registered CM/ECF users can email this notice to PAED_Documents@paed.uscourts.gov, or submit this form by mail or in person to the Clerk's Office.

_____ Party Represented

_____  Attorney/Pro Se Litigant Signature     _____ Date Signed