IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH KEUCH** | : | CIVIL ACTION |
| v. | : | |
| **TEVA PHARMACEUTICALS USA, INC.** | : | NO.:   19-cv-5488 |

### O R D E R

AND NOW, this **9th d**ay of **MARCH, 2022**, it is hereby ORDERED that the above-captioned case is reassigned from the calendar of the United States Magistrate Judge Carol Sandra Moore Wells to the calendar of the Honorable John M. Gallagher.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
**KATE BARKMAN**
Clerk of Court