UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br><br>V.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PARMACEUTICAL INDUSTRIES, Ltd. | CIVIL ACTION NO. 19-cv-05488 |

**STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff Randolph Keuch and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., by their respective undersigned counsel, that the previously entered Scheduling Order, Docket Entry 37, which has subsequently and most recently been amended by Docket Entry 41, shall be modified as detailed below. To the extent not modified below, the deadlines listed in Docket Entry 41 shall remain applicable.

1. Motions for Summary Judgment shall be filed on or before June 20, 2022.

2. Responses in Opposition to Motions for Summary Judgement shall be filed on or before July 15, 2022.

3. Replies in further support of Summary Judgment shall be filed on or before July 22, 2022.

SPECTOR GADON ROSEN VINCI, P.C.

BY: *Alan B. Epstein*
   Alan B. Epstein, Esquire
   Attorney I.D. No. PA2346
   Jennifer Myers Chalal, Esquire
   1635 Market Street, Seventh Floor
   Philadelphia, PA 19103
   (215) 241-8832
   aepstein@sgrvlaw.com
   *Attorney for Plaintiffs*

STEVENS & LEE, P.C.

BY: *Larry J. Rappoport*
   Larry J. Rappoport
   Attorney I.D. No. 26922
   Brandon Shemtob, Esquire
   1500 Market Street, Suite 1800
   Philadelphia, PA 19102
   (610) 205-6039
   ljr@stevenslee.com
   *Attorney for Defendants*
   *Teva Pharmaceuticals USA, Inc.,*
   *Teva Pharmaceutical Industries, Ltd*

Dated: March 21, 2022

APPROVED AND SO ORDERED this  21st  day of    March    2022

/s/ John M. Gallagher

**Judge John M. Gallagher**

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

03/21/2022 SL1 1777951v1 030421.00713