IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (JUDGE JOHN M. GALLAGHER) |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| And TEVA PHARMACEUTICAL | : | (Electronically Filed) |
| INDUSTRIES, Ltd., | : | |
| | : | |
| | : | |
| Defendants. | : | |

### UNCONTESTED MOTION OF DEFENDANTS FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT IN EXCESS OF TWENTY PAGES

Pursuant to Judge Gallagher's Policies and Procedures, Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. (collectively, the "Defendants"), hereby file this uncontested motion, respectfully requesting leave to file a brief in support of their motion for summary judgment in excess of the twenty page limit, and aver as follows:

1. Defendants' motion for summary judgement in this matter is due on June 20, 2022.

2. Judge Gallagher's Policies and Procedures state in relevant part:

    All grounds for relief should be set forth in a single, comprehensive motion. A motion to dismiss, for example, should not be divided into separate motions for each count but rather should include all bases for relief. Opening briefs filed in support of and in opposition to a motion should be limited to twenty (20) pages. This includes the table of contents and any attachments or addenda. If a party requires more than twenty (20) pages to explain its position to the Court, a motion to exceed the page limit should be filed, setting forth good cause for granting an exception to this rule. Replies and sur-replies, where granted, must be limited to ten (10) and seven (7) pages, respectively.

Judge Gallagher's Policies and Procedures at II.B.4. http://www.paed.uscourts.gov/documents/procedures/stepol.pdf

3. Given the complexity of the case and the record that has been developed, Defendants are unable to adequately present the relevant and necessary facts and legal arguments within the twenty page limit set by Judge Gallagher's Policies and Procedures.

4. Defendants will make a good faith effort to comply with the page limit, however, without leave of Court to file a brief in support if their motion for summary judgment in excess of the twenty page limitation, Defendants will be forced to eliminate critical facts and legal arguments, and will be unable to present the Court with information essential to this case, in the most coherent manner possible.

5. This Motion is uncontested as Plaintiff's counsel has consented to the requested leave to allow Defendants to file a brief in support of their motion for summary judgment in excess of the twenty page limitation.

6. Accordingly, good cause to extend the page limitation exists, and Defendants respectfully request that this Court grant Defendants leave to file a brief in support of their motion for summary judgment, including the table of contents and any attachments or addenda, not to exceed thirty (30) pages.

A proposed Order is submitted herewith[1].

---

[1] Pursuant to Local Rule 7.1 (c), no brief will be filed in support of this motion because it is uncontested.

Dated: June 8, 2022		By: */s/ Larry J. Rappoport*
		Larry J. Rappoport, Esquire
		Brandon S. Shemtob, Esquire
		STEVENS & LEE
		A PA Professional Corporation
		1500 Market Street, East Tower, St.1800
		Philadelphia, PA 19102
		Phone: (215) 496-3839
		Fax: (610) 371-7977
		larry.rappoport@stevenslee.com
		brandon.shemtob@stevenslee.com