## LOCAL RULE 7.1 (b) CERTIFICATION

I, Brandon S. Shemtob, Esquire, certify that I have conferred with and obtained the consent of Plaintiff's counsel for the relief requested in the foregoing motion and, therefore, certify the motion as uncontested.

*/s/ Brandon S. Shemtob*
Brandon S. Shemtob

Date:  June 8, 2022

4824-8316-8354