**CERTIFICATE OF SERVICE**

I certify that on this date, the foregoing Uncontested Motion of Defendants for Leave to File Brief in Support of Motion for Summary Judgement in Excess of Twenty Pages and Proposed Order were filed electronically and are available for viewing on the Court's ECF system.

*/s/ Brandon S. Shemtob*
Brandon S. Shemtob

Date:  June 8, 2022

4824-8316-8354