IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH, | : | |
| | : | CASE NO. 2:19-CV-05488 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (JUDGE JOHN M. GALLAGHER) |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| And TEVA PHARMACEUTICAL | : | (Electronically Filed) |
| INDUSTRIES, Ltd., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Based upon the Uncontested Motion of Defendants for Leave to File Brief in Support of Motion for Summary Judgement in Excess of Twenty Pages and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants shall file a brief in support of their motion for summary judgment, including the table of contents and any attachments or addenda, not to exceed thirty (30) pages.

DATED this _____ day of _____, 2022.

BY THE COURT:

_____
J.

4824-8316-8354