IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH, :<br>          Plaintiff, :<br>                           :<br>     v.                    :   Civil No. 2:19-cv-05488-JMG<br>                           :<br>TEVA PHARMACEUTICALS USA, INC., *et al.*, :<br>          Defendants. : | |

**ORDER**

**AND NOW**, this 9th day of June, 2022, upon consideration of Defendants' motion to exceed page limits (ECF No. 48), and good cause appearing, **IT IS HEREBY ORDERED** that the motion (ECF No. 48), is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge