# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH, : | |
| : | CASE NO. 2:19-CV-05488 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | (JUDGE JOHN M. GALLAGHER) |
| TEVA PHARMACEUTICALS USA, INC., : | |
| And TEVA PHARMACEUTICAL : | (Electronically Filed) |
| INDUSTRIES, Ltd., : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant Teva Pharmaceuticals USA, Inc. ("TUSA") and Defendant Teva Pharmaceutical Industries, Ltd. ("TPI" and together with TUSA the "Defendants" or "Teva"), move this Court for entry of an Order granting summary judgment in their favor. The Court should grant Defendants' motion for the reasons set forth in the accompanying Brief in Support of Defendants' Motion For Summary Judgment.

**STEVENS & LEE, P.C.**

Dated: June 21, 2022    By: */s/ Larry J. Rappoport*
     Larry J. Rappoport, Esquire
     Brandon S. Shemtob, Esquire
     STEVENS & LEE
     A PA Professional Corporation
     1500 Market Street, East Tower, St.1800
     Philadelphia, PA 19102
     Phone: (215) 496-3839
     Fax: (610) 371-7977
     larry.rappoport@stevenslee.com
     brandon.shemtob@stevenslee.com

     *Attorneys for Defendants*