**CERTIFICATE OF SERVICE**

I, Larry Rappoport, certify that on this 21st day of June, 2022, Defendants' Motion for Summary Judgment, Statement of Undisputed Material Facts, Brief in Support of Summary Judgment, Joint Appendix, and proposed Order were filed electronically and are available for viewing and downloading from the ECF system. I further certify that Plaintiff's counsel of record was served as a result of this electronic filing.

/s/ *Larry Rappoport*
Larry Rappoport