**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RANDOLPH W. KEUCH, : | |
| : | CASE NO. 2:19-CV-05488 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | (JUDGE JOHN M. GALLAGHER) |
| TEVA PHARMACEUTICALS USA, INC., : | |
| And TEVA PHARMACEUTICAL : | (Electronically Filed) |
| INDUSTRIES, Ltd., : | |
| : | |
| : | |
| Defendants. : | |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 20\_\_, upon consideration of Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, and the response filed by Plaintiff, if any, it is hereby ORDERED that the Motion is GRANTED in its entirety. The complaint is hereby DISMISSED WITH PREJUDICE.

_____
Gallagher, J