# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>　　　　　Defendants. | Civil No. 2:19-cv-05488-JMG |

## ORDER

**AND NOW**, this 21st day of June, 2022, upon consideration of Plaintiff's Uncontested Motion for Leave to File a Joint Appendix to the Motion for Summary Judgment at the Conclusion of all Briefing (ECF No. 50), and good cause appearing, **IT IS HEREBY ORDERED** that the Motion (ECF No. 50), is **GRANTED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge