## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| TEVA PHARMACEUTICALS USA, INC., : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL : | |
| INDUSTRIES, Ltd., : | |
| Defendants. : | |

**UNCONTESTED MOTION TO EXTEND TIME FOR FILING A RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT AND TO ALLOW ADDITIONAL SUPPORTING MEMORANDUM PAGES**

Recognizing the Court's Previous Scheduling Order and its Policies and Procedures setting limits for dispositive motion briefing, Plaintiff files this uncontested Motion requesting: (1) leave to extend the time for the parties to file their respective Response and Reply submissions in connection with Defendants' Motion for Summary Judgment; and (2) leave to allow Plaintiff to file a responsive Memorandum to Defendants' Motion for Summary Judgment in excess of the Court's limit with a total page limit of up to thirty (30) pages instead of twenty (20) pages. In support thereof, Plaintiff avers as follows:

1. Upon stipulation of the parties, the Court has set the following times for the filing of Memoranda in Response and Reply to Plaintiffs' Motion for Summary Judgment filed on June 22, 2022:

- Plaintiff's Response – July 15, 2022

- Defendants' Reply – July 22, 2022

*See* Stipulation and Order of March 21, 2022 (ECF Docket No. 47).

2. Based upon a recent COVID diagnosis suffered by one of the attorneys of record for Plaintiff combined with the intercession of the July 4th holiday and an unscheduled, unexpected absence from the office of another one of Plaintiff's attorneys, Plaintiff is unable to complete the submission of his Response to the extensive Motion for Summary Judgment within the time period allotted above.

3. Additionally, because Defendants were granted permission to and filed a thirty (30) page brief in support of their Motion for Summary Judgment, Plaintiff anticipates that he will need the same number of pages to address the issues raised by Plaintiff.

3. Counsel for the Parties have discussed these circumstances and Counsel for Defendants do not object to the modification of the original briefing schedule to allow Plaintiff an extended period of approximately two weeks until August 1, 2022 to file his Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment not exceed thirty (30) pages.  Further, counsel for Plaintiff does not object to extending the time for Defendants to file their Reply Brief to August 7, 2022.

WHEREFORE, it is respectfully requested that the times and limits for briefing be permitted as set forth above and reflected in the attached proposed Order.

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ *Alan Epstein*

Alan B. Epstein, Esquire (Pa. I.D. No. 2346)
Jennifer Myers Chalal, Esquire (Pa. I.D. No. 77841)
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888/(215) 241-8844 (Fax)
aepstein@lawsgr.com
jchalal@sgrvlaw.com
*Counsel for Plaintiff*

Dated:  July 14, 2022

**LOCAL RULE 7.1 (b) CERTIFICATION**

  I, Alan B. Epstein, Esquire, certify that the parties have fully conferred regarding the request for relief contained herein, and based upon the agreement of its content by all counsel, this Motion is being filed as uncontested.

          /s/ *Alan B. Epstein*
            Alan B. Epstein

Date: July 14, 2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| TEVA PHARMACEUTICALS USA, INC., : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL : | |
| INDUSTRIES, Ltd., : | |
| Defendants. : | |

## **ORDER**

Upon review of the uncontested Motion for Leave to Extend the time period and page limit for the filing of Plaintiff's Response to Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that the uncontested Motion filed by the Plaintiff is **GRANTED** and

1. Plaintiff shall have until **August 1, 2022** to file his Response to Defendant's Motion for Summary Judgment including a Memorandum of Law **not to exceed thirty (30) pages**, and

2. Defendant shall have until **August 7, 2022** to file any Reply thereto.

                                                      **BY THE COURT:**

                                                      _____
                                                      John M. Gallagher, J

Dated: July ____, 2022

**CERTIFICATE OF SERVICE**

I, Alan B. Epstein, hereby certify that on this date, the foregoing Uncontested Motion of Plaintiff for Leave to Extend the time period and page limit for the filing of Plaintiff's Response to Defendants' Motion for Summary Judgment was filed electronically and were transmitted to all counsel listed below *via* the Court's ECF system and email.

Larry J. Rappaport, Esquire<br>
Brandon Shemtob, Esquire<br>
Stevens & Lee<br>
1818 Market Street<br>
Philadelphia, PA  19103<br>
**ljr@stevenslee.com**

/s/ *Alan B. Epstein*

       Alan B. Epstein

Date: July 14, 2022