# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>    Defendant. | Civil No. 2:19-cv-05488-JMG |

## ORDER

**AND NOW**, this 15th day of July, 2022, upon consideration of Plaintiff's uncontested Motion to Extend Time for the filing of Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 53), and good cause appearing, it is **HEREBY ORDERED** that the Motion (ECF No. 53) is **GRANTED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge