IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
|               Plaintiff, | : | CIVIL ACTION |
|               v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
|              Defendants. | : | |

**PLAINTIFF'S UNCONTESTED MOTION TO EXTEND TIME FOR FILING
HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND DEFENDANTS' REPLY**

      In accordance with the governing Rules and the Court's Policies and Procedures, Plaintiff files this uncontested Motion requesting leave to extend the time for the parties to file their respective Response and Reply submissions in connection with Defendants' Motion for Summary Judgment. In support thereof, Plaintiff avers as follows:

      1.    In its most recent scheduling Order issued in accordance with the stipulation of the parties [ECF No. 54], this Court set the following times for the filing of Responses and Replies in connection with Plaintiffs' Motion for Summary Judgment:

- Plaintiff has until August 1, 2022 to file his Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment; and

- Defendants' have until August 8, 2022 to file any replies thereto.

      2.    Alan B. Epstein, who is counsel for Plaintiff and the designated lawyer assigned the responsibility of preparing the required submissions on behalf of the Plaintiff, has been ill this

week.  As a result of his condition, Mr. Epstein will not to be able to complete the sizeable task of completing Plaintiff's required filings on or before the August 1st deadline.

       3.      Counsel for the Parties have discussed Mr. Epstein's circumstances and Counsel for Defendants do not object to the modification of the existing schedule to allow Plaintiff an extended period of one additional week (until August 8, 2022) to file Plaintiff's Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment.

       4.      The parties are also in agreement that Defendants should be permitted a reciprocal one-week extension through August 15, 2022 to file any Reply.

WHEREFORE, it is respectfully requested that the time limits for the required filings be extended for one week as requested above and as reflected in the attached proposed Order.

                                              **SPECTOR GADON ROSEN VINCI P.C.**

                                              By: /s/ *Jennifer Myers Chalal*
                                              Jennifer Myers Chalal, Esquire (Pa. I.D. No. 77841)
                                              1635 Market Street, 7th Floor
                                              Philadelphia, PA  19103
                                              (215) 241-8888/(215) 241-8844 (Fax)
                                              jchalal@sgrvlaw.com
                                              *Counsel for Plaintiff*

Dated:  July 28, 2022

**LOCAL RULE 7.1 (b) CERTIFICATION**

I, Jennifer Myers Chalal, Esquire, certify that the parties have fully conferred regarding the request for relief contained herein, and based upon the agreement of its content by all counsel, this Motion is being filed as uncontested.

/s/ *Jennifer Myers Chalal*
Jennifer Myers Chalal (Pa. I.D. No. 77841)

Date: July 28, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| TEVA PHARMACEUTICALS USA, INC., : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL : | |
| INDUSTRIES, Ltd., : | |
| Defendants. : | |

## ORDER

Upon review of the uncontested Motion for Leave to Extend the time periods for the filing of the required Responses and any Replies to Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that the uncontested Motion filed by the Plaintiff is **GRANTED** and

1. Plaintiff shall have until **August 8, 2022** to file the required Responses to Defendant's Motion for Summary Judgment; and

2. Defendant shall have until **August 15, 2022** to file any Replies thereto.

BY THE COURT:

_____
John M. Gallagher, J

Dated: July \_\_\_\_, 2022

## **CERTIFICATE OF SERVICE**

     I, Jennifer Myers Chalal, hereby certify that on this date, the foregoing Uncontested Motion of Plaintiff for Leave to Extend the time periods for Responses and any Replies to Defendants' Motion for Summary Judgment was filed electronically and were transmitted to all Defendants counsel of record listed below *via* the Court's ECF system..

Larry J. Rappaport, Esquire<br>
Brandon Shemtob, Esquire<br>
Stevens & Lee<br>
1818 Market Street<br>
Philadelphia, PA  19103

/s/ *Jennifer Myers Chalal*

Jennifer Myers Chalal (Pa. I.D. No. 77841)

Date: July 28, 2022