## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

RANDOLPH KEUCH,                                    :
                  Plaintiff,            :
                                :
                  v.                    :      Civil No. 2:19-cv-05488-JMG
                                :
TEVA PHARMACEUTICALS USA, INC., *et al.*,  :
                  Defendants.         :

_____

### ORDER

      **AND NOW**, this 28th day of July, 2022, upon consideration of Plaintiff's Uncontested Motion to Extend Time for Filing his Response to Defendants' Motion for Summary Judgment and Defendant's Reply (ECF No. 55), and good cause appearing, it is **HEREBY ORDERED** that the Motion (ECF No. 55) is **GRANTED.**

      **IT IS FURTHER ORDERED** that Plaintiff has until August 8, 2022 to file his Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment; and that Defendants' have until August 15, 2022 to file any replies thereto.

                                      BY THE COURT:

                                      */s/ John M. Gallagher*
                                      JOHN M. GALLAGHER
                                      United States District Court Judge