IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| Defendants. | : | |

**PLAINTIFF'S UNCONTESTED MOTION TO EXTEND TIME FOR FILING HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY**

In accordance with the governing Rules and the Court's Policies and Procedures, Plaintiff files this uncontested Motion requesting leave to again extend the time for the parties to file their respective Response and Reply submissions in connection with Defendants' Motion for Summary Judgment. In support thereof, Plaintiff avers as follows:

1. In its most recent scheduling Order issued in accordance with the stipulation of the parties [ECF No. 56], this Court set the following times for the filing of Responses and Replies in connection with Plaintiffs' Motion for Summary Judgment in response to a previous Uncontested Motion setting forth good reason why the previous deadlines could not be met:

- Plaintiff has until August 8, 2022 to file his Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment; and

- Defendants' have until August 15, 2022 to file any replies thereto.

2. Alan B. Epstein, who is counsel for Plaintiff and the designated lawyer assigned the responsibility of preparing the required submissions on behalf of the Plaintiff, has been ill and

continues to suffer from the same (and just recently exacerbated) condition that was the basis of the earlier request, for which he is under a doctor's curative care. As a result, Mr. Epstein will not be able to complete the sizeable task of completing Plaintiff's required filings on or before the current extended August 8, 2022 deadline.

3. Counsel for the Parties have discussed Mr. Epstein's circumstances and Counsel for Defendants do not object to the modification of the existing schedule to allow Plaintiff an extended period of through August 15, 2022 to file Plaintiff's Response to Defendants' Statement of Uncontested Facts, his own Counterstatement of Uncontested Facts and his Memorandum in support of his Opposition to the Defendants' Motion of Summary Judgment.

4. The parties are also in agreement that Defendants should be permitted a reciprocal one-week extension through August 22, 2022 to file any replies to Plaintiff's filings.

WHEREFORE, it is respectfully requested that the time limits for the required filings be extended as requested above and as reflected in the attached proposed Order.

                                                  **SPECTOR GADON ROSEN VINCI P.C.**

                                                  By: /s/ *Jennifer Myers Chalal*
Jennifer Myers Chalal, Esquire (Pa. I.D. No. 77841)
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888/(215) 241-8844 (Fax)
jchalal@sgrvlaw.com
*Counsel for Plaintiff*

Dated:  August 5, 2022

**LOCAL RULE 7.1 (b) CERTIFICATION**

I, Jennifer Myers Chalal, Esquire, certify that the parties have fully conferred regarding the request for relief contained herein, and based upon the agreement of its content by all counsel, this Motion is being filed as uncontested.

/s/ *Jennifer Myers Chalal*
Jennifer Myers Chalal (Pa. I.D. No. 77841)

Date: August 5, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| TEVA PHARMACEUTICALS USA, INC., : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL : | |
| INDUSTRIES, Ltd., : | |
| Defendants. : | |

## **ORDER**

Upon review of the uncontested Motion for Leave to Extend the time periods for the filing of the required Responses and any Replies to Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that the uncontested Motion filed by the Plaintiff is **GRANTED** and

1. Plaintiff shall have until **August 15, 2022** to file the required Responses to Defendant's Motion for Summary Judgment; and

2. Defendant shall have until **August 22, 2022** to file any Replies thereto.

BY THE COURT:

_____
John M. Gallagher, J

Dated: August \_\_\_\_, 2022

## **CERTIFICATE OF SERVICE**

I, Jennifer Myers Chalal, hereby certify that on this date, the foregoing Uncontested Motion of Plaintiff for Leave to Extend the time periods for Responses and any Replies to Defendants' Motion for Summary Judgment was filed electronically and were transmitted to all Defendants counsel of record listed below *via* the Court's ECF system..

Larry J. Rappaport, Esquire
Brandon Shemtob, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103

/s/ *Jennifer Myers Chalal*
Jennifer Myers Chalal (Pa. I.D. No. 77841)

Date: August 5, 2022, 2022