IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH,
        Plaintiff,

     v.                            Civil No. 2:19-cv-05488-JMG

TEVA PHARMACEUTICALS USA, INC., *et al.*,
        Defendants.

**ORDER**

**AND NOW**, this 5th day of August, 2022, upon consideration of Plaintiff's Uncontested Motion to Extend Time for Filing his Response to Defendants' Motion for Summary Judgment and Defendants' Reply (ECF No. 57), and good cause appearing, it is **HEREBY ORDERED** that the Motion (ECF No. 57), is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff has until **August 15, 2022**, to file his Response to Defendants' Motion for Summary Judgment and Defendants have until **August 22, 2022**, to file any replies thereto.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge