IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Eastern District of Pennsylvania and the Policies and Procedures of the John M. Gallagher, Plaintiff Randolph W. Keuch ("Keuch"), files this Response in Opposition to the Motion for Summary Judgment filed by Defendants Teva USA, Inc. ("TUSA") and Teva Pharmaceutical Industries, Ltd ("TPI")(hereinafter collectively "Defendants" or "Teva"). The basis for Plaintiff's opposition is fully set forth in the accompanying Memorandum of Law along with Plaintiff's Affidavit, Response to the Defendants' Statement of Material Facts, Plaintiff's Counterstatement of Material Facts and the designate attachments contained in the Joint Appendix which are incorporated in full herein.

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ *Alan Epstein*

Alan B. Epstein, Esquire (Pa. I.D. No. 2346)
Jennifer Myers Chalal, Esquire (Pa. I.D. No. 77841)
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888/(215) 241-8844 (Fax)
aepstein@lawsgr.com
jchalal@sgrvlaw.com
*Counsel for Plaintiff*

Dated:  August 16, 2022