**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| Defendants. | : | |

_____

## **ORDER**

      AND NOW, on this _____, day of _____, 2022, upon consideration of the

Motion for Summary Judgment filed by Defendant Teva USA, Inc. and Defendant Teva

Pharmaceutical Industries, Ltd (hereinafter collectively "Defendants") and the Response of

Plaintiff Randolph Keuch in opposition thereto, it is hereby **ORDERED** that the Motion to for

Summary Judgment filed by Defendants is **DENIED.**

                **BY THE COURT:**

                _____

                John M. Gallagher, J

Dated: August _____, 2022