## **CERTIFICATE OF SERVICE**

I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of Plaintiff's Responses to Defendants' Motion for Summary Judgment with all necessary attachments including Plaintiff's Response to Defendants' Statement of Undisputed Material Facts, Plaintiff's Counterstatement of Undisputed Material Facts and Memorandum of Law were filed and sent via the Court's ECF system on this 16th day of August, 2022 to the following counsel of record:

> Larry J. Rappaport, Esquire
> Brandon Shemtob, Esquire
> Stevens & Lee
> 1818 Market Street
> Philadelphia, PA  19103
> **ljr@stevenslee.com**
> brandon.shemtob@stevenslee.com>

/s/ *Alan B. Epstein*

Alan B. Epstein