IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
|     Defendants. | : | |

## JOINT APPENDIX

### Index of Items in Joint Appendix

### A. Non-Bates Labeled Pleadings and Documents

| Document Name | Joint Appx Bates Range |
|---|---|
| Docket Entries | 0360-0366 |
| Amended Complaint | 0370-0387 |
| Defendant TEVA Pharmaceuticals USA, Ins. Answer to Plaintiff's Amended Complaint | 0388-0403 |
| Defendant TEVA Pharmaceutical Industries, LTD Answer to Plaintiff's Amended Complaint | 0404-0420 |
| Memorandum Opinion-Middlebrooks v. TEVA | 0421-0439 |
| Sworn Affidavit of Plaintiff Randolph W. Keuch | 1264-1276 |

### B. Written Discovery Requests and Responses

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Defendants First Set of Document Requests to Plaintiff Regarding Plaintiff Randolph Keuch | | 0001-14 |
| Defendant First Set of Interrogatories to Plaintiff Regarding Plaintiff Randolph Keuch | | 0015-31 |
| Plaintiff's Answers to Defendants' First set of Interrogatories | | 0032-42 |
| January 11, 2022 Letter to Alan B. Epstein regarding Discovery Deficiencies | | 0043-47 |
| March 8, 2022 Response Email from Alan B. Epstein regarding Discovery Deficiencies | | 0048-50 |

### C. TEVA Bates Labeled Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Keuch Employment Application | TEVA000035 -42 | 0051-58 |
| Keuch Offer Letter | TEVA000047-49 | 0059-61 |
| TUSA Employee Proprietary Information and Inventions Agreement | TEVA000069-73 | 0062-66 |
| Mark Sabag Update Email | TEVA000113-115 | 0067-69 |
| Keuch Dec. 20, 2017 Email and Attachments | TEVA000116-143 | 0070-97 |
| Keuch Dec. 14, 2017 Email and Attachments | TEVA000144-171 | 0098-125 |
| Keuch Unsigned Separation Agreement | TEVA000172-188 | 0126-142 |
| Teva Announcement Dec. 14, 2017 | TEVA000242-245 | 0143-146 |
| Teva PPT Dec. 14, 2017 Announcement | TEVA000246-258 | 0147-159 |
| Teva Code of Conduct | TEVA000518-561 | 0160-0203 |
| Dec. 21, 2017 Email Chain | TEVA000608-609 | 0204-205 |
| Topics for Ron | TEVA000748 | 0206 |
| Vitman Email | TEVA000768 | 0207 |
| Asaaf Email | TEVA000781-782 | 0208-209 |
| Eduardo Nasi Pay Increase | TEVA000853 | 0210 |
| Keuch Performance Documents | TEVA 000001-31 | 0440-0470 |
| Americas Total Rewards Team Operational Review-June 2017 | TEVA 000120-144 | 0471-0495 |
| Question and Answer Session | TEVA 000258-274 | 0496-0512 |
| Americas Town Hall, December 14, 2017 | TEVA 000196-212 | 0513-0529 |
| Proposed Headcount Reduction for the North America R Team December 15, 2017 | TEVA 000145-171 | 0530-0556 |
| NA Human Resources Final L3 Org Structure | TEVA 000231-36 | 0557-0562 |
| TEVA Relocation Policy | TEVA 000057-66 | 0563-0572 |
| TEVA Harassment Discrimination and Retaliation Prevention and Reporting Policy | TEVA 000189-191 | 0573-0575 |

### D. KEUCH Bates Labeled Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Zorman Update | KEUCH000009-10 | 0211-0212 |
| Org Chart | KEUCH000017 | 0213 |
| Keuch Salary Increase | KEUCH000024 | 0214 |
| Keuch Retention Bonus | KEUCH000028-29 | 0215-216 |
| Keuch Dec 14, 2017 Email and Attachments | KEUCH000050-78 | 0217-245 |
| Keuch Dec. 20, 217 Email Chain | KEUCH000079 | 0246 |
| Keuch Unsigned Separation Agreement with all Attachments | KEUCH000135-163 | 0247-267 |

| | | |
|---|---|---|
| Keuch Separation Notification and Benefits Summary | KEUCH000183-184 | 0268-269 |
| Departing Employee Checklist | KEUCH000251-252 | 0270-271 |
| Keuch Email with L. Billow | KEUCH000388-389 | 0272-273 |
| Weinstein Pay Summary | KEUCH000514 | 0274 |
| Notice of Right to Sue | KEUCH000812-813 | 0576-0577 |
| R. Keuch Job Offer Letter | KEUCH000132-133 | 0578-0579 |
| Base Salary Increase and Retention Bonus Memo | KEUCH000028-29 | 0580-0581 |
| 8/6/2015 Base Salary Increase and Retention Bonus Memo | KEUCH000028 | 0580 |
| 5/26/2016 Base Salary Raise Memo | KEUCH000024 | 0582 |
| August 23, 2017 Congratulatory Letter from TEVA CPA re: IRS Adjustment Finding | KEUCH000023 | 0583 |
| Keuch Bonus Payout Memo 2017 | KEUCH000016 | 0584 |
| September 2016 $23,800 Award to R. Keuch from Mark Sabag | KEUCH000025 | 0585 |
| 9/27/2017 and 9/28/2017 Email Chain, R. Yaniv and M. Sabag | KEUCH000080 | 0586 |
| TEVA Qualifying Retirement Rules for Equity Treatment | KEUCH000114-127 | 5087-0600 |
| Email Chain, March 26, 2016 re: 409A Considerations | KEUCH000109-113 | 0601-0605 |
| November-December 2016 Email Chain re: 409A Retirement Eligibility | KEUCH000090-108 | 0606-0624 |
| March 2017 Email Chain re: Equity Treatment on Retirement | KEUCH000080 | 0586 |
| August 2017 Email Chain re: Retirement Vesting Rule | KEUCH000084-85 | 0629-0630 |
| Letter from Keuch to Employee re: Qualified Retirement Treatment for Unvested Equity Award Taxation | KEUCH000011-13 | 0634-0636 |
| R. Keuch CV | KEUCH000038-41 | 0638-0640 |
| 10/3/2017 Mark Sabag Email re: Retention Concerns | KEUCH000128-129 | 0644-0645 |
| Email Chain 12/14/2017 and 12/15/2017 Between R. Keuch and T. Zorman | KEUCH000050 | 0646 |
| Exhibit C to Keuch Proposed Settlement Agreement re: Ages of Terminated and Retained Employees | KEUCH000159-163 | 0649-0653 |
| Warn Act Notification | KEUCH000219 | 0655 |
| News Article re: TEVA Move to North Jersey | KEUCH000378 | 0656 |
| TEVA Pharmaceutical Industries Ltd. SEC 10-K Filing, December 31, 2017 | KEUCH000291-334 | 0658-0701 |

| Law 360 News Release re: $6.2 Million Bias Verdict Against TEVA US | KEUCH000341 | 0702 |
| Memorandum Opinion, Brian McManus v. TEVA | KEUCH000361-377 | 0704-0720 |

### E. Defendant's Deposition Transcript Excerpts

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Tal Zorman Deposition Transcript Excerpts | | 0275-299 |
| Mark Sabag Deposition Transcript Excerpts | | 0300-308 |
| Daniel Lawlor Deposition Transcript Excerpts | | 0309-313 |
| Randolph Keuch Deposition Transcript Excerpts | | 0314-346 |
| Eduardo Nasi Deposition Transcript Excerpts | | 0347-359 |

### F. Plaintiff's Deposition Transcript Excerpts

| Document Name | Page Numbers | Joint Appx Bates |
|---|---|---|
| Deposition of Eduardo Nasi | Cover Sheet, 5, 7, 12-15, 19-21, 26-27, 42-43, 47-49, 51-54, 61-63, 72, 74-76, 79 | 1148-1163 |
| Deposition of Mark Sabag | Cover Sheet, 4, 16, 22-23, 34-37, 39 | 1164-1169 |
| Deposition of Tal Zorman | Cover Sheet, 12, 26, 29-33, 41-42, 45-50, 53-56, 62, 67-69, 79-80, 82-83, 92-93 | 1170-1183 |
| Deposition of Daniel Lawler | Cover Sheet, 9-10, 12, 17-19, 23-36, 38-40, 43-44, 48-49, 52-53, 61-63 | 1184-1198 |
| Deposition of Elaine McGee | Cover Sheet, 18-19, 22, 24-26, 27-28 | 1199-1202 |
| Deposition of Randolph W. Keuch | Cover Sheet, 2-238 | 1203-1263 |

### G. Additional Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Amended 2017 10-K | | 0778-1057 |
| 7/27/22 TEVA 10-Q Filing | | 1058-1147 |