# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH,
        Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC., *et al.*,
        Defendants.

Civil No. 2:19-cv-05488-JMG

## ORDER

**AND NOW**, this 18th day of August, 2022, upon consideration of Defendants' unopposed email request to extend their deadline to file a Reply Brief to Plaintiff's Response in Opposition (ECF No. 59), and good cause appearing, it is **HEREBY ORDERED** that the request is **GRANTED.** Defendants may submit their Reply Brief on or before **August 24, 2022**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge