**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., | : | CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : | |
| INDUSTRIES, Ltd., | : | |
| Defendants. | : | |

## JOINT APPENDIX

### Index of Items in Joint Appendix

**A. Non-Bates Labeled Pleadings and Documents**

| Document Name | Joint Appx Bates Range |
|---|---|
| Docket Entries | 0360-0366 |
| Amended Complaint | 0370-0387 |
| Defendant TEVA Pharmaceuticals USA, Ins. Answer to Plaintiff's Amended Complaint | 0388-0403 |
| Defendant TEVA Pharmaceutical Industries, LTD Answer to Plaintiff's Amended Complaint | 0404-0420 |
| Memorandum Opinion-Middlebrooks v. TEVA | 0421-0439 |
| Sworn Affidavit of Plaintiff Randolph W. Keuch | 1264-1276 |

**. Written Discovery Requests and Responses**

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Defendants First Set of Document Requests to Plaintiff Regarding Plaintiff Randolph Keuch | | 0001-14 |
| Defendant First Set of Interrogatories to Plaintiff Regarding Plaintiff Randolph Keuch | | 0015-31 |
| Plaintiff's Answers to Defendants' First set of Interrogatories | | 0032-42 |
| January 11, 2022 Letter to Alan B. Epstein regarding Discovery Deficiencies | | 0043-47 |
| March 8, 2022 Response Email from Alan B. Epstein regarding Discovery Deficiencies | | 0048-50 |

## C. TEVA Bates Labeled Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Keuch Employment Application | TEVA000035 -42 | 0051-58 |
| Keuch Offer Letter | TEVA000047-49 | 0059-61 |
| TUSA Employee Proprietary Information and Inventions Agreement | TEVA000069-73 | 0062-66 |
| Mark Sabag Update Email | TEVA000113-115 | 0067-69 |
| Keuch Dec. 20, 2017 Email and Attachments | TEVA000116-143 | 0070-97 |
| Keuch Dec. 14, 2017 Email and Attachments | TEVA000144-171 | 0098-125 |
| Keuch Unsigned Separation Agreement | TEVA000172-188 | 0126-142 |
| Teva Announcement Dec. 14, 2017 | TEVA000242-245 | 0143-146 |
| Teva PPT Dec. 14, 2017 Announcement | TEVA000246-258 | 0147-159 |
| Teva Code of Conduct | TEVA000518-561 | 0160-0203 |
| Dec. 21, 2017 Email Chain | TEVA000608-609 | 0204-205 |
| Topics for Ron | TEVA000748 | 0206 |
| Vitman Email | TEVA000768 | 0207 |
| Asaaf Email | TEVA000781-782 | 0208-209 |
| Eduardo Nasi Pay Increase | TEVA000853 | 0210 |
| Keuch Performance Documents | TEVA 000001-31 | 0440-0470 |
| Americas Total Rewards Team Operational Review-June 2017 | TEVA 000120-144 | 0471-0495 |
| Question and Answer Session | TEVA 000258-274 | 0496-0512 |
| Americas Town Hall, December 14, 2017 | TEVA 000196-212 | 0513-0529 |
| Proposed Headcount Reduction for the North America R Team December 15, 2017 | TEVA 000145-171 | 0530-0556 |
| NA Human Resources Final L3 Org Structure | TEVA 000231-36 | 0557-0562 |
| TEVA Relocation Policy | TEVA 000057-66 | 0563-0572 |
| TEVA Harassment Discrimination and Retaliation Prevention and Reporting Policy | TEVA 000189-191 | 0573-0575 |

## D. KEUCH Bates Labeled Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Zorman Update | KEUCH000009-10 | 0211-0212 |
| Org Chart | KEUCH000017 | 0213 |
| Keuch Salary Increase | KEUCH000024 | 0214 |
| Keuch Retention Bonus | KEUCH000028-29 | 0215-216 |
| Keuch Dec 14, 2017 Email and Attachments | KEUCH000050-78 | 0217-245 |
| Keuch Dec. 20, 217 Email Chain | KEUCH000079 | 0246 |
| Keuch Unsigned Separation Agreement with all Attachments | KEUCH000135-163 | 0247-267 |

| | | |
|---|---|---|
| Keuch Separation Notification and Benefits Summary | KEUCH000183-184 | 0268-269 |
| Departing Employee Checklist | KEUCH000251-252 | 0270-271 |
| Keuch Email with L. Billow | KEUCH000388-389 | 0272-273 |
| Weinstein Pay Summary | KEUCH000514 | 0274 |
| Notice of Right to Sue | KEUCH000812-813 | 0576-0577 |
| R. Keuch Job Offer Letter | KEUCH000132-133 | 0578-0579 |
| Base Salary Increase and Retention Bonus Memo | KEUCH000028-29 | 0580-0581 |
| 8/6/2015 Base Salary Increase and Retention Bonus Memo | KEUCH000028 | 0580 |
| 5/26/2016 Base Salary Raise Memo | KEUCH000024 | 0582 |
| August 23, 2017 Congratulatory Letter from TEVA CPA re: IRS Adjustment Finding | KEUCH000023 | 0583 |
| Keuch Bonus Payout Memo 2017 | KEUCH000016 | 0584 |
| September 2016 $23,800 Award to R. Keuch from Mark Sabag | KEUCH000025 | 0585 |
| 9/27/2017 and 9/28/2017 Email Chain, R. Yaniv and M. Sabag | KEUCH000080 | 0586 |
| TEVA Qualifying Retirement Rules for Equity Treatment | KEUCH000114-127 | 5087-0600 |
| Email Chain, March 26, 2016 re: 409A Considerations | KEUCH000109-113 | 0601-0605 |
| November-December 2016 Email Chain re: 409A Retirement Eligibility | KEUCH000090-108 | 0606-0624 |
| March 2017 Email Chain re: Equity Treatment on Retirement | KEUCH000080 | 0586 |
| August 2017 Email Chain re: Retirement Vesting Rule | KEUCH000084-85 | 0629-0630 |
| Letter from Keuch to Employee re: Qualified Retirement Treatment for Unvested Equity Award Taxation | KEUCH000011-13 | 0634-0636 |
| R. Keuch CV | KEUCH000038-41 | 0638-0640 |
| 10/3/2017 Mark Sabag Email re: Retention Concerns | KEUCH000128-129 | 0644-0645 |
| Email Chain 12/14/2017 and 12/15/2017 Between R. Keuch and T. Zorman | KEUCH000050 | 0646 |
| Exhibit C to Keuch Proposed Settlement Agreement re: Ages of Terminated and Retained Employees | KEUCH000159-163 | 0649-0653 |
| Warn Act Notification | KEUCH000219 | 0655 |
| News Article re: TEVA Move to North Jersey | KEUCH000378 | 0656 |
| TEVA Pharmaceutical Industries Ltd. SEC 10-K Filing, December 31, 2017 | KEUCH000291-334 | 0658-0701 |

| Law 360 News Release re: $6.2 Million Bias Verdict Against TEVA US | KEUCH000341 | 0702 |
| Memorandum Opinion, Brian McManus v. TEVA | KEUCH000361-377 | 0704-0720 |

### E. Defendant's Deposition Transcript Excerpts

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Tal Zorman Deposition Transcript Excerpts | ███ | 0275-299<br>1177-1179 |
| Mark Sabag Deposition Transcript Excerpts | ███ | 0300-308 |
| Daniel Lawlor Deposition Transcript Excerpts | ███ | 0309-313 |
| Randolph Keuch Deposition Transcript Excerpts | ███ | 0314-346 |
| Eduardo Nasi Deposition Transcript | ███ | 0347-359 |

### F. Plaintiff's Deposition Transcript Excerpts

| Document Name | Page Numbers | Joint Appx Bates |
|---|---|---|
| Deposition of Eduardo Nasi | Cover Sheet, 5, 7, 12-15, 19-21, 26-27, 42-43, 47-49, 51-54, 61-63, 72, 74-76, 79 | 1148-1163 |
| Deposition of Mark Sabag | Cover Sheet, 4, 16, 22-23, 34-37, 39 | 1164-1169 |
| Deposition of Tal Zorman | Cover Sheet, 12, 26, 29-33, 41-42, 45-50, 53-56, 62, 67-69, 79-80, 82-83, 92-93 | 1170-1183 |
| Deposition of Daniel Lawler | Cover Sheet, 9-10, 12, 17-19, 23-36, 38-40, 43-44, 48-49, 52-53, 61-63 | 1184-1198 |
| Deposition of Elaine McGee | Cover Sheet, 18-19, 22, 24-26, 27-28 | 1199-1202 |
| Deposition of Randolph W. Keuch | Cover Sheet, 2-238 | 1203-1263 |

### G. Additional Documents

| Document Name | Discovery Bates Range | Joint Appx Bates Range |
|---|---|---|
| Amended 2017 10-K | ███ | 0778-1057 |
| 7/27/22 TEVA 10-Q Filing | ███ | 1058-1147 |

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

```
RANDOLPH W. KEUCH      :  CIVIL ACTION
                       :
        v.             :
                       :
TEVA PHARMACEUTICALS:
USA, INC., and TEVA    :
PHARMACEUTICAL         :
INDUSTRIES, Ltd.       :  NO. 2:19-cv-05488
```

- - -

April 4, 2022

- - -

Oral deposition of TAL ZORMAN taken pursuant to notice, was held via videoconference beginning at 10:50 a.m., on the above date, before JoAnn Cheli, a Professional Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

- - -

MAGNA LEGAL SERVICES
www.MagnaLS.com
(215) 207-9460



JOINT APPX-1277

```
 1           A.    I spoke to his previous
 2   manager and his matrix manager and the
 3   latest document, which was the year
 4   before.
 5           Q.    So that would be a
 6   performance evaluation for 2016?
 7           A.    Yes.
 8           Q.    And who are the two managers
 9   that you spoke to?
10           A.    Ron Yaniv and Dan Lawlor.
11           Q.    And who else was that
12   besides Mr. Yaniv?
13           A.    Dan Lawlor.  He was the HR
14   for North America.
15           Q.    Did you receive any
16   documentation for either Mr. Yaniv or Mr.
17   Lawlor other than the performance
18   evaluation for Mr. Keuch?
19           A.    As far as I remember, no.
20           Q.    What did Mr. Yaniv tell you
21   about Mr. Keuch?
22           A.    He said that his performance
23   is a good one, but he has some challenges
24   in collaborating with others.
```



```
 1        Q.    What did Mr. Lawlor tell
 2   you?
 3        A.    Pretty much the same.
 4        Q.    Did they specify what
 5   challenges Mr. Keuch had in
 6   collaboration?
 7        A.    I don't remember, but this
 8   is also written in his performance
 9   review.
10        Q.    Did you look at any other
11   documentation in Mr. Keuch's file, such
12   as his CV and things of that sort that
13   might appear in his file?
14        A.    No, he sent me his CV.
15        Q.    That was something that he
16   sent to you after you were doing this
17   evaluation, correct?
18        A.    Correct.
19        Q.    When did he send you that
20   CV?
21        A.    He sent me his CV on
22   December 20, 2017.
23        Q.    I'm putting this up on the
24   screen.  Can you see this document?
```

