## **CERTIFICATE OF SERVICE**

I, Larry Rappoport, certify that on this 24th day of August, 2022, Defendants' Reply Brief in Further Support of its Motion for Summary Judgment, Defendants' Response to Plaintiff's Counterstatement of Material Facts and additional pages to the Joint Appendix were filed electronically and are available for viewing and downloading from the ECF system. I further certify that Plaintiff's counsel of record was served as a result of this electronic filing.

/s/ *Larry Rappoport*
Larry Rappoport