# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH,
    Plaintiff,

v.                          Civil No. 2:19-cv-05488-JMG

TEVA PHARMACEUTICALS USA, INC., *et al.*,
    Defendants.

## ORDER

**AND NOW**, this 1st day of September, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 51), Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 59), and Defendants' Reply Memo in Further Support of Summary Judgment (ECF No. 61), it is **HEREBY ORDERED** that the Motion (ECF No. 51), is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge