IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH, :
      Plaintiff, :
       :
      v. :    Civil No. 2:19-cv-05488-JMG
       :
TEVA PHARMACEUTICALS USA, INC., *et al.*, :
      Defendants. :

### NOTICE OF STATUS CONFERENCE

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Thursday, September 15, 2022 at 1:00 PM**, by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. [1] [2]

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher

Date of Notice: September 9, 2022

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) **immediately** upon receipt of this notice.
[2] The parties are additionally required to confer and submit an abbreviated 26f Report with a brief summary of case status and jointly proposed deadlines going forward, no later than Tuesday, September 13, 2022.