# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>　　　　　　Defendants. | Civil No. 2:19-cv-05488-JMG |

## ORDER

**AND NOW**, this 15th day of September, 2022, at the request of the parties, **IT IS HEREBY ORDERED** that this case is **REFERRED** to Magistrate Judge Pamela Carlos for the purpose of conducting a settlement conference.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge