IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH<br>V.<br>TEVA PHARMACEUTICALS, USA, INC., et al | Civil Action No.  19-5488 JMG |

TELEPHONIC STATUS CONFERENCE SCHEDULING ORDER

Please be advised that a telephonic status conference in the above-captioned case will be held on **TUESDAY, OCTOBER 4, 2022**, at **3:30 PM** before the Honorable Pamela A. Carlos, United States Magistrate Judge.

The conference call Toll Free Dial in Number is (888)-363-4734; the Access Code is 6072330.

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

**CONTINUANCE REQUESTS SHOULD BE MADE WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

**ANY REQUESTS FOR A CONTINUANCE MUST BE EMAILED TO THE CHAMBERS EMAIL ADDRESS:**  PAED_Carlos_Chambers@paed.uscourts.gov.

Counsel are further directed to provide a Conference Summary to Chambers, by Email (**IN MICROSOFT WORD FORMAT ONLY**) on or before **MONDAY, SEPTEMBER 26, 2022, NOON.**  *FAILURE TO SUBMIT COUNSEL'S SUMMARY WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS.*

The Email address is: PAED_Carlos_Chambers@paed.uscourts.gov.

The Conference Summary and Case Synopsis shall include:

1. The caption of the case
2. Whether case is a jury or nonjury trial
3. The trial counsel's name, address, phone number **PLUS CELL PHONE NUMBER,**  fax number and client name
4. Identify any pending motions
5. Any other relevant matters
6. All prior demands and offers.

7. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** format

                              BY THE COURT:
                              ATTEST

                              <u>/ss/ CARLENE L. KOHUT</u>
                       DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
                          FOR INFORMATION CONTACT CHAMBERS
                          Phone: 610-434-3823
                          FAX: 610-434-5152

Date:   September 15, 2022