IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH W. KEUCH | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-05488-JMG |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., *et al.*, | : | |
| Defendant. | : | |

**SCHEDULING ORDER**

**AND NOW**, this 21st day of September, 2022, following a pretrial conference with counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** as follows:

1. No later than **October 7, 2022**, counsel for each party shall serve upon counsel for every other party a copy of each exhibit the party expects to offer at trial.

2. No later than **October 21, 2022**, each party shall file with the Clerk of Court a pretrial memorandum. The pretrial memorandum should be prepared in accordance with the provisions of the Local Rule of Civil Procedure 16.1(c) and should also include the following items:

    (a) All stipulations of counsel.

    (b) A statement of objection to: (1) the admissibility of any exhibit based on authenticity; (2) the admissibility of any evidence expected to be offered for any reason (except relevancy); (3) the adequacy of the qualifications of an expert witness expected to testify; and (4) the admissibility of any opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701. Such objection shall describe with particularity the ground and the authority for the objection.

       (c) Deposition testimony (including videotaped deposition testimony) that the party intends to offer during its case-in-chief. The statement should include citations to the page and line number and the opposing party's counter-designations.

       (d) A statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

3. All motions *in limine* shall be filed no later than **October 28, 2022**. Responses, if any, shall be filed no later than **November 4, 2022**.

4. No later than **October 28, 2022**, any objections to designations of deposition testimony shall set forth the page and line numbers of the challenged testimony and a clear statement for the basis of that objection. The objecting party must provide the Court with a copy of the deposition transcript with the challenged testimony highlighted. Any objection not made in conformity with this Order will be deemed waived.

5. No later than **October 28, 2022**, the parties shall file with the Clerk of Court joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party shall also file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission.

6. The court will hold a final pretrial conference on **Wednesday, December 7, 2022 at 1:30 p.m.**, at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. Counsel shall be prepared to address any pending motions *in limine* and objections to witnesses and exhibits. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

7.  The selection of a jury shall take place on **Friday, December 16, 2022, at 9:00 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

8.  A jury trial shall resume before this court on **Monday, December 19, 2022**, **at 9:00 a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

9.  This order shall serve as a formal attachment for trial.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge