## **CERTIFICATE OF SERVICE**

      I, Larry Rappoport, certify that on this 21st day of October, 2022, Defendants Teva Pharmaceuticals USA Inc. and Teva Pharmaceuticals Industries, Ltd., electronically filed their Pretrial Memorandum via the Court's CM/ECF system. I further certify that Plaintiff's counsel of record was served as a result of this electronic filing.

      By: /s/ *Larry Rappoport*
           Larry Rappoport