IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH<br>　　　　　Plaintiff,<br>　　v.<br>TEVA PHARMACEUTICALS USA, INC.,<br>And TEVA PHARMACEUTICAL<br>INDUSTRIES, Ltd.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>CASE NO. 2:19-CV-05488 (JMG) |

## PRETRIAL MEMORANDUM OF PLAINTIFF RANDOLPH KEUCH

In accordance with the Court's Order of September 21, 2022 and Local Rule 16 (c), Plaintiff Randolph W. Keuch submits the following Pretrial Order.

## NATURE OF THE ACTION AND BASIS OF JURISDICTION

This is an age discrimination action pursuant to the applicable provisions of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, *et seq.* and the Pennsylvania Human Relations Act ("PHRA"), **43 P.S. §§ 951** et seq. Plaintiff filed this action against Teva Pharmaceuticals USA, Inc. (hereinafter "TUSA") and Teva Pharmaceuticals Industries, Ltd. (hereinafter "TPI") (collectively "Defendants" or "Teva") based upon Defendants' failure to properly evaluate Plaintiff's performance for retention during a broad reduction of force of employees of Teva while retaining a substantially younger but less credentialed and qualified individual who was one of Plaintiff's direct reports before Plaintiff was terminated from his employment with Teva to take over his job responsibilities. Jurisdiction is based upon the ADEA, the federal legislation cited above with supplemental jurisdiction of Plaintiff's state-based claims under the PHRA.

1

## SUMMARY STATEMENT OF RELEVANT FACTS

Plaintiff Keuch was born on May 27, 1954, and is currently 68 years of age. He was last employed by Teva as Senior Director of Total Rewards (compensation and benefits) for the Americas. Plaintiff is an accomplished professional and nationally recognized leader in compensation and benefits. His education, degrees, industry-wide credentials and extensive employment history demonstrate his impressive qualifications and acumen in his chosen profession. While employed by Teva, Plaintiff led the Total Rewards Center for the Americas, providing subject matter expertise for and innovative solutions to all facets of total rewards issues which led to a multitude of notable results for Teva.

Defendant, TPI is an Israeli, publicly held (NYSE), multinational pharmaceutical company headquartered in Petah Tikva, Israel. While it specializes primarily in generic medicine, its other business interests include active pharmaceutical ingredients and proprietary pharmaceuticals. It is the largest generic drug manufacturer in the world and one of the fifteen (15) largest pharmaceutical companies worldwide. Teva's total revenue in 2018 was nearly nineteen billion dollars ($18,854,000,000). Collectively with its wholly owned subsidiary, Teva employed before its reduction in force nearly 60,000 people around the world. The Defendant Teva entities were Plaintiffs joint employers and the actions that are the basis of liability were jointly affected by both.

In a series of events involving loans to make purchases of other companies, regulatory demands causing Teva to sell its most profitable and low-competition products, greater regulatory fast-tracking of generics for Teva's competitors, the companies standing in the investment community was challenged greater regulatory fast-tracking of generics for Teva's competitors, and approval of generic versions of Teva's two-decade-long main revenue

producing, brand name multiple sclerosis drug, Copaxone, all led to lowered credit ratings, negative views from investors and its stock spiraling down to a fifteen year low. Additionally, in early 2017, TPI was forced to pay fines to the United States Department of Justice ("DOJ") and the Securities and Exchange Commission ("SEC") totaling in excess of $520 million to resolve federal violations of the Foreign Corrupt Practices Act ("FCPA") arising from bribery charges relating to its operations in Russia, Ukraine. And Mexico. Teva's settlement was the largest fine ever paid by a pharmaceutical company over FPCA violations.

These circumstances led to the hiring of Kare Schultz as the President and CEO of TPI in November 1917 who was faced with creating an immediate strategy to bolster investor confidence and thereby raise the price of Teva stock. Schultz chose dramatic actions that would sooth the investment community and meet those goals. At Schultz's direction and with the approval of Teva's Board, Teva suspended dividends on its common stock, ordered that no annual bonus payments be made to employees for the year 2017 and announced a reduction in its employment force of 14,000 people, including 25% of the Teva US workforce. These actions were not really based on Teva's economic condition as evidenced by Schultz receiving a five-year contract, promises of tens of millions of dollars salary and benefits depending on his ability to raise the stock price, Twenty Million Dollar ($20,000,000) cash sign-on payment and entitlement to a performance-based target incentive bonus of 140% of his annual base salary.

Compensation levels for the other executives that caused the problems for Teva that led to the decision to affect the reductions in the workforce also did not abate. Teva's senior management continued to receive inflated salaries and bonuses in the millions of dollars. All of that spending was affected while the median annual pay of Teva's employees was $64,081.

As part of these circumstances and the ordered and largely ill-planned reduction in force quickly put into place to impress the investment community, Plaintiff, a sterling performer and valued high level management throughout his employment by Teva was chosen as one of the many victims of the apparent greed of the company leaders, in an effort by Teva to plan for the future by terminating older employees in keeping with age-based bias of its North American Human Resources head. More specifically, Tal Zorman who made the decision to terminate Plaintiff and replace him with a substantially younger individual was influenced by (1) the goal set by her immediate Superior who spearheaded the reduction in force effort, Mark Sabag, of "planning for the future" ( a goal calculated to insert younger individual in management positions) and (2) the opinion of Daniel Lawler who had demonstrated age-related animus against older employees prior to the reduction in force that cost plaintiff his livelihood.

As part of the reduction in force, on January 2, 2018, Plaintiff was advised that his employment would be terminated without any opportunity to accept a demotion to resume his position that would be retained. He was replaced by a lower-level direct report of his who had substantially less experience and less ability and was twenty-seven (27) years younger (date of birth: 7/22/1980).

In summary, and simply stated, age was the determinative factor in the decision to promote Mr. Nasi and fire Plaintiff.

## SUMMARY STATEMENT OF DAMAGES

Based on the above, Plaintiff suffered and will continue to suffer losses. While employed by Teva, Plaintiff earned a salary of $286,000 with cash and equity bonus targets of 30% and 40% respectively, and healthcare benefits valued at $2,196.54 per month. Plaintiff will testify at trial that he intended to work until at least past age 70 to the time he would be bonus and vesting eligible and that if

4

his health continued after that date, he would work until his 75th birthday. Accordingly, based on retirement at age 70, his losses are $5,371,180.00 and $15,285,425.00, sums that can be doubled if the jury finds the actions were a willful violation of the ADEA. *See* Plaintiff Exhibit No. 115 attached hereto.

Plaintiff has been unable to find replacement employment and has been serving as a consultant through his wholly owned company, The Total Rewards Consulting Group, LLC. His total earnings since the time of the termination of his employment have been $137,985.00.

## LIST OF WITNESSES

### Liability

Plaintiff, Randolph W. Keuch
Eduardo Nasi
Tal Zorman
Mark Sabag (To be presented by videotaped trial deposition)
Daniel Lawler
Elaine McGee

### Damages

Plaintiff, Randolph W. Keuch
Tal Zorman
Elaine McGee

## SCHEDULE OF PLAINTIFF'S TRIAL EXHIBITS

| Exhibit # | Description |
|---|---|
| 1 | Amended Complaint |
| 2 | Defendant TEVA Pharmaceuticals USA, Ins. Answer to Plaintiff's Amended Complaint |
| 3 | Defendant TEVA Pharmaceuticals Industries, LTD Answer to Plaintiff's Amended Complaint |
| 4 | Notice of Right to Sue |
| 5 | Plaintiff's Answers to Defendant's First Set of Interrogatories |

| | |
|---|---|
| 6 | Plaintiff's Counterstatement of material Facts in Support of His response in opposition to Defendant's Motion for Summary Judgment |
| 7 | Defendant's Response to Plaintiff's Counterstatement of Material Facts in Further Support of Defendant's Motion for Summary Judgement |
| 8 | Plaintiff's Response to Defendants' Statement of Material Facts in Support of its Response to defendant's Motion for Summary Judgment on all Counts of Plaintiff's Complaint |
| 9 | Deposition of Eduardo Nasi |
| 10 | Deposition of Randolph W. Keuch |
| 11 | Deposition of Daniel Lawler |
| 12 | Deposition of Tal Zorman |
| 13 | Deposition of Elaine McGee |
| 14 | Deposition of Mark Sabag |
| 15 | Keuch Employment Application |
| 16 | TUSA Employee Proprietary Information and Inventions Agreement |
| 17 | American Compensation Association Lifetime Achievement Award |
| 18 | August 23, 2017 Congratulatory Letter from TEVA CPA re: IRS Adjustment Finding |
| 19 | Keuch Bonus Payout Memo 2017 |
| 20 | Sworn Affidavit of Plaintiff Randolph W. Keuch |
| 21 | Americas Total Rewards Team Operational Review – June 2017 (1) |
| 22 | Letter from Keuch to Employee re: Qualified Retirement Treatment for Unvested Equity Award Taxation |
| 23 | August 2017 Email Chain re: Retirement Vesting rule |
| 24 | March 2017 Email Chain re: Equity Treatment at Qualifying Retirement- Update |
| 25 | September 2016 $23,800 Award to R. Keuch from Mark Sabag |
| 26 | March 2017 Email Chain re: Equity Treatment on Retirement |
| 27 | Email Chain, March 26, 2016 re: 409A Considerations |
| 28 | Stock Plans Management re: Equity Incentive Awards upon Retirement |
| 29 | November-December 2016 Email Chain re: 409A Retirement Eligibility |

| 30 | TEVA Qualifying Retirement Rules for Equality Treatment |
| --- | --- |
| 31 | 8/6/2015 Base Salary Increase and Retention Bonus Memo |
| 32 | R. Keuch Job Offer Letter |
| 33 | Keuch Performance Documents 2015 |
| 34 | Keuch 2016 Mid - Year Review |
| 35 | Keuch 2017 Performance Review |
| 36 | Keuch 2017 Mid – Year Review |
| 37 | Keuch Retention Bonus |
| 38 | Keuch Salary Increase |
| 39 | TEVA Pharmaceuticals USA, Inc. Supplemental Unemployment Benefit Plan, February 12, 2018 |
| 40 | TEVA Pharmaceuticals USA, Inc. Employment Transition Plan, February 12, 2018 |
| 41 | Vitman Email |
| 42 | Eduardo Nasi Pay Increase |
| 43 | Eduardo Nasi Compensation and Benefits/ Total Rewards Management positions |
| 44 | Separation Agreement and General Release |
| 45 | Keuch Separation Notification and Benefits Summary with Departing Employee Checklist |
| 46 | Keuch Email with L. Billow |
| 47 | Americas Total Rewards Team Operational Review – June 2017 (2) |
| 48 | 10/3/2017 Mark Sabag Email re: Retention Concerns |
| 49 | Topics for Ron |
| 50 | 12/10/2017 Vitman Email re: Changes in Global Grades due to Restructuring |
| 51 | Email from Hoopes re: HR Action: Employee Mapping (Guidance) December 13, 2017 |
| 52 | 12/13/2017 Email re: Randy/Tal 1:1 |
| 53 | Mark Sabag Update Email |
| 54 | Email from Earl Major re: Talent Selection cc: Ellen McMahon |

| | |
|---|---|
| 55 | 12/15/2017 Email re: Randy |
| 56 | Keuch Email re: Minimal TR Organization for North America |
| 57 | Assaf Email |
| 58 | 12/15/2017 Email re: Minimal TR Organization for North America |
| 59 | Vitman Email re: Role Changes due to Restructuring Dec 18 v3.pptx |
| 60 | Keuch Dec. 20, 2017 Email and Attachments |
| 61 | Assaf Email Dec 22, 2017 |
| 62 | Lawlor Email re: Confidential – Process for HR Notifications in US and Canada |
| 63 | Mark Sabag Email re: Update on year – end compensation process |
| 64 | Zorman Email |
| 65 | Jan 2, 2018 Email re: fyi, just spoke with RK |
| 66 | 1/2/2018 Email re: Randy/ Tal |
| 67 | Freedman Email re: Happy New Year |
| 68 | Zorman Email January 9, 2018 |
| 69 | Warn Act Notification |
| 70 | Lawlor Email with attachment |
| 71 | Vitman Email January 14, 2018 re: Confidential PLS DO NOT FORWARD- any inputs? Talent mgt L3 Draft Org Announcement |
| 72 | Keuch Email re: Draft for the Talent COE announcement |
| 73 | Keuch Dec 20, 2017 Email Chain |
| 74 | Keuch Email Chain re: EY Career Network – Meeting Invitation for Randolph Keuch, HR Executive (Sponsor – Stuart Stone) – to be scheduled. |
| 75 | Yehezkel Email with Attachments re: HR New Organization Structure Full 22Jan2018.pptx |
| 76 | Lux Email chain re: Thank you from Jayne Lux [ Marketing] |
| 77 | Keuch Email Chain February 8, 2018 |
| 78 | Vitman Email re: Salary Recommendation |
| 79 | Vitman Email re: Promotion in TR (sensitive) |
| 80 | Vitman Email chain re: Promotion in TR (sensitive) Feb 27, 2018 |

| | |
|---|---|
| 81 | Zorman Email chain re: Fwd: relocation |
| 82 | Teva's move of N. American HQ from Montco to N.J. takes another step forward article |
| 83 | Dec 14, 201 Teva Pharmaceutical Industries Ltd Performance Conference Call |
| 84 | Americas Total Rewards Team Operational Review – June 2017 (3) |
| 85 | Total Rewards Separation Guidelines Dec 2017 |
| 86 | Americas Total Rewards Team Operational Review – June, 2017 (4) |
| 87 | Teva Announcement Dec. 14, 2017 |
| 88 | Teva PPT Dec. 14, 2017 Announcement |
| 89 | Dec 15, 2017 Proposed Headcount Reduction for the North American TR Team |
| 90 | Dec 2017 Jobs Changes due to Restructuring |
| 91 | Dec 2017 Job Changes During Restructuring |
| 92 | Phillips Email and attachment re: Upcoming America's HR Town Hall |
| 93 | Larry Rappoport Email and attachment re: Minimal TR Organization for North America |
| 94 | Proposed Headcount Reduction for the North American TR Team Dec 27, 2107 |
| 95 | Dec 21, 2017 Keuch Email re: FYI, I will be in contacting Edu |
| 96 | Email re: Topics for Ron 10/26/2017 |
| 97 | Global Talent CoE L3 structure and nominations Dec 20, 2017 (1) |
| 98 | Global Talent CoE L3 structure and nominations Dec 20, 2017 (2) |
| 99 | Global Talent CoE L3 structure and nominations Dec 29, 2017 |
| 100 | Restructuring Org. & People Implications BOD, Feb 6, 2018 |
| 101 | North America People Office |
| 102 | NA Human Resources Final L3 Org Structure Dan Lawlor Jan 4, 2018 |
| 103 | L3 Structure – Org structure |
| 104 | Anat Markus SVP, Global HR Operations and Services Chart |
| 105 | Pay Letter Eduardo Nasi Performance year January 1 to December 31, 2017 |
| 106 | Edu Nasi – 2017 Performance feedback |

| 107 | Memorandum Middlebrooks v. TEVA |
|-----|---------------------------------|
| 108 | TEVA Pharmaceutical Industries Ltd. Form 10-K |
| 109 | Form 10-Q |
| 110 | Former Teva Exec Nabs $6.2M Bias Verdict After Firing |
| 111 | Memorandum McManus v. TEVA |
| 112 | AT A Glance Instructions To Receive Severance Payment Benefits |
| 113 | Teva's Code of Conduct |
| 114 | TEVA Human Resources Management Guidelines |
| 115 | TEVA Lost Pay Analysis - Calculations |
| 116 | Compensation Report Weinstein |

**STATEMENT OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS**

Plaintiff objects to the following exhibits listed by the Defendants on the basis of authenticity: Defendants Exhibit 64 (A-I).

**ESTIMATED DAYS FOR TRIAL**

Plaintiff estimates that the total estimated time to try this matter is 5-7 days.

Respectfully submitted,

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ *Alan Epstein*
Alan B. Epstein, Esquire (Pa. I.D. No. 2346)
Jennifer Myers Chalal, Esquire (Pa. I.D. No. 77841)
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888/(215) 241-8844 (Fax)
aepstein@lawsgr.com
jchalal@sgrvlaw.com
*Counsel for Plaintiff*

Dated:  October 21, 2022

## Lost Compensation for Randolph Keuch

| 2017 Compensation | 3/19/2018 | 3/18/2018 to 3/18/2019 | 3/18/2019 to 5/27/2019 | 5/27/2019 to 5/27/2020 | 5/27/2020 to 5/27/2021 | 5/27/2021 to 5/27/2022 | 5/27/2022 to 5/27/2023 | 5/27/2023 to 5/27/2024 | 5/27/2024 to 5/27/2025 | 5/27/2025 to 5/27/2026 | 5/27/2026 to 5/27/2027 | 5/27/2027 to 5/27/2028 | 5/27/2028 to 5/27/2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conservative Salary Increase % | 0 | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Conservative Salary Increase $ | $0.00 | $8,568 | $1,471 | $8,825 | $9,090 | $9,362 | $9,643 | $9,933 | $10,231 | $10,538 | $10,854 | $11,179 | $11,515 |
| Salary | $285,600.00 | $294,168 | $49,273 | $302,993 | $312,083 | $321,445 | $331,089 | $341,021 | $351,252 | $361,790 | $372,643 | $383,823 | $395,337 |
| Bonus (30%) | $85,680.00 | $88,250 | $2,464 | $90,898 | $93,625 | $96,434 | $99,327 | $102,306 | $105,376 | $108,537 | $111,793 | $115,147 | $118,601 |
| Equity (1) | | $101,840 (1a) | $18,161 | $108,969 | $116,597 | $124,758 | $133,491 | $142,836 | $152,834 | $163,533 | $174,980 | $187,229 | $200,335 |
| Salary + Target Bonus + Target Equity | | $492,826 | $71,369 | $511,685 | $531,394 | $552,000 | $573,550 | $596,096 | $619,693 | $644,397 | $670,270 | $697,377 | $725,798 |
| Medical & RX (2) | | $23,936 | $4,393 | $26,358 | $30,040 | $34,235 | $39,017 | $44,466 | $50,677 | $57,755 | $65,822 | $75,015 | $85,493 |
| Dental (3) | | $4,801 | $800 | $4,801 | $5,281 | $5,809 | $6,390 | $7,029 | $7,731 | $8,505 | $9,355 | $10,291 | $11,320 |
| HSA Funding | | $800 | $133 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 |
| Health Incentives | | $600 | $100 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 |
| Vision (3) | | $295 | $49 | $295 | $324 | $357 | $393 | $432 | $475 | $523 | $575 | $632 | $696 |
| 25% gross-up for taxes on benefits | | $7,608 | $1,369 | $8,213 | $9,261 | $10,450 | $11,800 | $13,332 | $15,071 | $17,046 | $19,288 | $21,834 | $24,727 |
| SUBTOTAL | | $530,570 | $78,164 | $552,457 | $577,376 | $603,894 | $632,156 | $662,323 | $694,572 | $729,102 | $766,135 | $805,917 | $848,727 |
| Retirement (4) (5) | | | | | | | | | | | | | |
| Maximum ESPP Contribution by Teva | | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 |
| 6% of (salary + bonus) - 275,000 | | $16,500 | $2,750 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 | $16,500 |
| 2% of ($275,000 - $128,400) | | $2,932 | $489 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 | $2,932 |
| 3.75% of $275,000 | | $10,313 | $1,719 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 | $10,313 |
| Def Comp of 6% of ((salary + bonus) - 275,000) | | $6,445 | $0 | $7,133 | $7,842 | $8,573 | $9,325 | $10,100 | $10,898 | $11,720 | $12,566 | $13,438 | $14,336 |
| Total Retirement Funds + ESPP | | $37,315 | $6,082 | $38,003 | $38,712 | $39,442 | $40,194 | $40,969 | $41,767 | $42,589 | $43,436 | $44,308 | $45,206 |
| Aggregate Retirement Funds + ESPP Annual Earnings on Retirement Funds | | $37,315 | $44,703 | $83,228 | $127,765 | $176,151 | $228,676 | $285,653 | $347,416 | $414,324 | $486,762 | $565,143 | $649,909 |
| Mr Keuch's Contributions (7) | | $1,306 | $522 | $5,836 | $8,944 | $12,331 | $16,007 | $19,996 | $24,319 | $29,003 | $34,073 | $39,560 | $45,494 |
| Max HSA Contribution of $6,000 + $1,000 catch-up | | $7,000 | $0 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| 6% of $275,000 + $6,000 catch-up | | $22,500 | $3,750 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 |
| 2% of $275,000 - $128,400 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3.75% of $275,000 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Def Comp of 30% salary + 25% bonus | | $110,313 | $0 | $113,622 | $117,031 | $120,542 | $124,158 | $127,883 | $131,719 | $135,671 | $139,741 | $143,933 | $148,251 |
| Mr Keuch's Retirement Fund Contributions | | $139,813 | $3,750 | $136,122 | $139,531 | $143,042 | $146,658 | $150,383 | $154,219 | $158,171 | $162,241 | $166,433 | $170,751 |
| Aggregate Retirement Funds | | $139,813 | $148,456 | $286,311 | $445,884 | $620,138 | $810,205 | $1,017,303 | $1,242,733 | $1,487,896 | $1,754,290 | $2,043,524 | $2,357,322 |
| Earnings on Retirement Funds (6) | | $4,893 | $1,732 | $20,042 | $31,212 | $43,410 | $56,714 | $71,211 | $86,991 | $104,153 | $122,800 | $143,047 | $165,013 |
| Aggregate Annual Earnings on Retirement Funds (8) | | $6,199 | $8,453 | $34,321 | $74,476 | $130,216 | $202,938 | $294,145 | $405,455 | $538,611 | $695,484 | $878,091 | $1,088,597 |
| Aggregate Retirement Funds + ESPP + Earnings | | $43,514 | $53,156 | $117,548 | $202,242 | $306,368 | $431,614 | $579,798 | $752,871 | $952,934 | $1,182,246 | $1,443,234 | $1,738,506 |
| TOTAL COMPENSATION | | $574,084 | $131,321 | $670,005 | $779,617 | $910,262 | $1,063,771 | $1,242,121 | $1,447,443 | $1,682,037 | $1,948,381 | $2,249,152 | $2,587,233 |
| AGGREGATE COMPENSATION LOST | | $574,084 | $705,405 | $1,375,410 | $2,155,027 | $3,065,289 | $4,129,060 | $5,371,180 | $6,818,623 | $8,500,660 | $10,449,041 | $12,698,192 | $15,285,425 |
| AGE | 63 + 9 mos/ 64 + 9 mos. | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 |

(1) Annual Equity value increase 7.0% based on historical growth of S&P 500
(1a) Historical Equity Mid-Values
 2014 $114,125.00
 2015 $101,840.00
 2016 $80,835.00
 2017 $70,560.00
 2018 $101,840.00 Starting Value for analysis

(2) Annual medical cost increase 13.97% Actual 2019 increase assumed for all future years
(3) Other med benefits annual increase 10.0% Estimated annual growth in other medical benefits
(4) Current retirement limits unchange 0.0%
(5) Assumes maximum retirement contributions, which was the practice of Mr Keuch
(6) Annual Earnings on Retirement fun 7.0% Based on historical growth of S&P 500 and not adjusted for impact of taxes on HAS or deffered accounts
(7) Lost investment earnings on Mr Keuch's retirement contributions, as required to receive Teva match
(8) Sum of earnings from both Teva and Mr Keuch's contributions


EXHIBIT R115