**CERTIFICATE OF SERVICE**

  I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Pretrial Memorandum of Plaintiff Randolph Keuch* was sent via ECF on this 21st day of October 21, 2022 to the following counsel of record:

Larry J. Rappaport, Esquire<br>
Brandon S. Shemtob, Esquire<br>
Stevens & Lee<br>
1818 Market Street<br>
Philadelphia, PA  19103

                /s/  *Alan B. Epstein*
                 Alan B. Epstein