IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH, | : |
|        Plaintiff, | :   CASE NO. 2:19-CV-05488 |
| v. | : |
| | :   (JUDGE JOHN M. GALLAGHER) |
| TEVA PHARMACEUTICALS USA, INC., And TEVA PHARMACEUTICAL INDUSTRIES, Ltd., | :   (Electronically Filed) |
|        Defendants. | : |

**ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendants' Omnibus Motion *in Limine* to Exclude Certain Evidence at Trial, and Plaintiff's response thereto, if any, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and that Plaintiff is precluded from: (1) introducing evidence and testimony relating to Plaintiff being a father to seven adopted children—three of whom have special needs; (2) presenting evidence relating to accolades, achievements and educational accomplishments received by Plaintiff prior to or outside of his employment at Teva; (3) presenting evidence relating to Teva being subject to fines from the United States Department of Justice and the Securities and Exchange Commission; (4) presenting evidence relating to Teva's asset levels, profit levels, financial reports and the compensation paid to Teva's senior executives; (5) presenting evidence relating to companywide changes to employee retirement plans, stock plans, equity or severance plans; and (6) presenting evidence relating to prior lawsuits filed against Teva specifically involving former employees Stephen Middlebrooks and Brian McManus.

                                                          _____
                                                          Hon. John M. Gallagher, U.S.M.J.