## **CERTIFICATE OF SERVICE**

I, Larry J. Rappoport, certify that on this 28th day of October, 2022, I caused Defendants' Omnibus Motion *in Limine* to Exclude Certain Evidence at Trial, with supporting Brief and Proposed Order, to be filed electronically and available for viewing and downloading via the Court's ECF system. I further certify that Plaintiff's counsel of record was served as a result of this electronic filing.

                                                                    /s/ *Larry J. Rappoport*
                                                                Larry J. Rappoport, Esquire