IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH W. KEUCH | : |
|     Plaintiff, | :    CIVIL ACTION |
| v. | : |
| TEVA PHARMACEUTICALS USA, INC., | :    CASE NO. 2:19-CV-05488 (JMG) |
| And TEVA PHARMACEUTICAL | : |
| INDUSTRIES, Ltd., | : |
|     Defendants. | : |

## ORDER

AND NOW, on this ____ day of _____ 2022, in consideration of Defendants' Omnibus Motion *in Limini* to Exclude Certain Evidence at Trial and the Plaintiff's Response thereto, it is hereby

ORDERED that the Defendants' Motion is DENIED.

_____
                                                               J.