# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>　　　　　　Defendants. | Civil No. 2:19-cv-05488-JMG |

## NOTICE OF STATUS CONFERENCE

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Thursday, December 1, 2022 at 11:00 AM**, by calling into the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. [1]

　　　　　　　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　*/s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　　Brian R. Dixon
　　　　　　　　　　　　　　　　　　Deputy Clerk for Judge John M. Gallagher

Date of Notice: November 30, 2022

---

[1] The Court will provide dial-in instructions to the parties via email, accordingly.