IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 2:19-cv-05488-JMG<br>:<br>:<br>: |

**AMENDED SCHEDULING ORDER**

**AND NOW,** this 12th day of December, 2022, upon consideration of the parties' correspondence to the Court stipulating to a bench trial, and pursuant to the Court's discretion to amend pretrial scheduling orders under Federal Rule of Civil Procedure 16(b)(4),

**IT IS HEREBY ORDERED** that a telephonic status conference shall take place on **Tuesday, December 13, 2022 at 3:00 p.m.** Plaintiff's counsel shall immediately provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code).

**IT IS FURTHER ORDERED** that this case is listed for a **BENCH TRIAL** to commence on **Monday**, **December 19**, **2022 at 9:00 a.m.** in Courtroom 4B, United States District Court located at 504 West Hamilton Street, Allentown, PA 18101. This order shall serve as a formal attachment for trial.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge