## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDOLPH KEUCH,                                        :
                    Plaintiff,              :
                                 :
          v.                                    :          Civil No. 2:19-cv-05488-JMG
                                 :
TEVA PHARMACEUTICALS USA, INC., *et al.*,    :
                  Defendants.               :

### SECOND AMENDED SCHEDULING ORDER

**AND NOW,** this 28th day of December, 2022, upon consideration of the parties' stipulation to a bench trial, and pursuant to the Court's discretion to amend pretrial scheduling orders under Federal Rule of Civil Procedure 16(b)(4),

**IT IS HEREBY ORDERED** that on or before **February 10, 2023**, the parties shall file proposed findings of fact and conclusions of law with citation to the page number of the exhibit and/or page and line number of the record upon which each requested finding of fact is based**.**

**IT IS FURTHER ORDERED** that a telephonic status conference shall take place on **Thursday, February 16, 2023 at 1:00 p.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) on or before Monday, February 6, 2023.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge