IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,                      :<br>            Plaintiff,                  :<br>                                       :<br>v.                                     :     Civil No. 2:19-cv-05488-JMG<br>                                       :<br>TEVA PHARMACEUTICALS USA, INC., *et al.*,  :<br>            Defendants.                :| |

**ORDER**

**AND NOW,** this 7th day of February, 2023, upon consideration of Defense Counsel's unopposed request to reschedule the telephonic status conference previously scheduled for February 16, 2023, and Plaintiff's Counsel's unopposed request for an extension to submit proposed findings of fact and conclusions of law,

**IT IS HEREBY ORDERED** that on or before **February 17, 2023**, the parties shall file proposed findings of fact and conclusions of law with citation to the page number of the exhibit and/or page and line number of the record upon which each requested finding of fact is based**.**

**IT IS FURTHER ORDERED** that a telephonic status conference shall take place on **Thursday, March 16, 2023 at 1:30 p.m.**  Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) on or before Monday, March 6, 2023.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge