**CERTIFICATE OF SERVICE**

I, Alan B. Epstein, Esquire, attorney for Randolph W. Keuch, do hereby certify that true and correct copies of the foregoing *Proposed Findings of Fact and Conclusions of Law* was sent via ECF on this 17th day of February 2023 to the following counsel of record:

Larry J. Rappaport, Esquire
Brandon S. Shemtob, Esquire
Stevens & Lee
1818 Market Street
Philadelphia, PA  19103

/s/ *Alan B. Epstein*
Jennifer M. Chalal