IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,  :<br>             Plaintiff,  :<br>                                                :<br>       v.                                  :   Civil No. 2:19-cv-05488-JMG<br>                                                :<br>TEVA PHARMACEUTICALS USA, INC., *et al.*,  :<br>             Defendants.  : | |

**ORDER**

**AND NOW,** this 17th day of March, 2023, following a telephonic status conference held on March 16, 2023, **IT IS HEREBY ORDERED** that the parties shall appear before this court on **Thursday, May 4, 2023**, **at 1:30 p.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania for closing arguments**.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge