# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH KEUCH,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 2:19-cv-05488-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 22nd day of August, 2023, for the reasons set forth in the Memorandum Opinion issued on this date, **IT IS HEREBY ORDERED** that:

1. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge